UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL**<br><br>**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305**<br><br>*Plaintiffs,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**<br><br>**DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs**<br><br>*Defendants.* | Case No. 1:25-cv-00583-MRD-PAS |

**DECLARATION OF IRA KEDSON, PSY.D.**

I, Ira Kedson, Psy.D., declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Clinical Psychologist employed by the United States Department of Veterans Affairs ("VA") Coatesville Veterans Affairs Medical Center ("Coatesville VAMC") in Coatesville, Pennsylvania. I have worked for the Coatesville VAMC for 19 years. Prior to that, I worked as Clinical Psychologist in the Federal Bureau of Prisons for 6 years in Philadelphia, Pennsylvania.

3. The VA Coatesville Health Care System is comprised of multiple inpatient and outpatient facilities, including the main hospital at the Coatesville VAMC, as well as the Delaware County VA Clinic in Newtown Square, PA and the West Norriton VA Clinic in Norristown, PA.

4. I am the Local President of the American Federation of Government Employees, AFL-CIO ("AFGE"), Local 310 ("AFGE Local 310"). I have served as Local President since 2013.

5. AFGE Local 310 represents bargaining unit employees at the Coatesville VAMC and other VA facilities, including the Veterans Integrated Service Network 4 Clinical Contact Center ("VISN 4 CCC"), and Office of Community Care.

6. AFGE Local 310 represents approximately 600 bargaining unit employees in dozens of occupations, including both professional and nonprofessional employees. Bargaining unit positions at the Coatesville VAMC represented by AFGE Local 310 include, but are not limited to, physician assistants, nurse practitioners, psychologists, social workers, pharmacists, dieticians, medical technologists, information technology specialists, accountants, audiologists, chaplains, occupational therapists, physical therapists, recreation therapists, and more. AFGE Local 310 also represents registered nurses, pharmacists, advanced medical support assistants, pharmacy technicians, and other health care professionals at the VISN 4 CCC and Office of Community Care.

7. I am aware that Douglas A. Collins, Secretary of Veterans Affairs, terminated the 2023 Master Collective Bargaining Agreement ("Master Agreement") on August 6, 2025, except as applied to police officers, firefighters, and security guards. I provide this declaration to describe how the termination of the Master Agreement has affected AFGE Local 310, my work as its Local President, and bargaining unit employees.

### *Local Management Has Stopped Complying with the Master Agreement and Seeks to Chill Union Activity*

8. Under the Master Agreement, the Coatesville VAMC had an obligation to provide notice and to bargain over changes to working conditions affecting bargaining unit employees. Before the August 6 termination of the Master Agreement, I or other local union officials would bargain, whether formally or informally, over management's proposal to change working conditions approximately 20 times a month. But as a result of Secretary Collins' termination of the Master Agreement, management officials and human resources officials at the Coatesville VAMC have refused to negotiate in good faith with AFGE Local 310 over changes to working conditions affecting bargaining unit employees, including for example, changes to schedules and tours of duty, changes to job duties, changes to standard operating procedures, and more. The Coatesville VAMC unilaterally implemented these changes without notice to, or bargaining with, AFGE Local 310.

9. In addition, local management officials and human resources officials have stopped processing union grievances filed by AFGE Local 310. A human resources official told me that three of my union grievances were "null and void" due to the termination of the Master Agreement. These union grievances concerned a reprimand, leave denial, and performance appraisals for bargaining unit employees.

10. In addition, the Coatesville VAMC has refused to allow bargaining unit employees to obtain union representation in investigatory examinations that may result in discipline, also known as "*Weingarten* meetings." Such rights are recognized and protected by the Master Agreement, Articles 14, 17, and 22. Bargaining unit employees represented by

AFGE Local 310 have, in fact, been disciplined following investigatory examinations where management refused to honor the employee's *Weingarten* rights. Although it is within the scope of my responsibilities as Local President to accompany bargaining unit employees to *Weingarten* meetings, I have personally been told by management that since August 6, 2025, I am not allowed to "open my mouth" to defend employees in these meetings, and if I did, I would be asked to leave.

11. Article 48 of the Master Agreement relates to official time. Official time, which is defined in 5 U.S.C. § 7131, is intended to "facilitate and encourage the amicable settlement of disputes between employees and the Department involving conditions of employment and should contribute to the effective and efficient conduct of public business." Master Agreement, Art. 48, § 1(A). Section 10 of Article 48 governs the use of official time at the local union level, and it provides that each local union "will receive an allotment of hours equal to 4.25 hours per year for each bargaining unit position represented by that local union." Master Agreement, Art. 48, § 10(A). Local President of AFGE Local 310, I am one of the local union officials who takes official time under this provision of the Master Agreement.

12. Since about August 6, 2025, the VA has prohibited AFGE Local 310 representatives, including myself from using official time to represent bargaining unit employees or to communicate with these employees on duty time or using VA email servers. Because I am prohibited from communicating with bargaining unit employees on official time during the workday or using government equipment, I have been unable to communicate quickly and effectively using the VA's email system, forcing me to use my personal email account to communicate with represented employees. In addition, I do not have personal email addresses for all represented employees, so I cannot communicate with them all. I have been forced to take my own personal leave time to perform representational activity during the workday. I am unable to assist employees with work-related questions during the day.

13. Article 51 of the Master Agreement relates to the union's use of official facilities. In Article 51, the VA "agree[d] to furnish office space to the Union appropriate for carrying out

3

its representational and partnership duties in locations easily accessible to employees and private citizens." Master Agreement, Art. 51, § 1(A). Article 51 generally provides the terms by which the union can access official facilities. On or about August 12, 2025, AFGE Local 310 was forced to vacate union office space at the Coatesville VAMC and return government-furnished equipment and technology required under the provisions of the Master Agreement. As a result, I do not have any dedicated union office space to meet with employees to discuss sensitive personnel issues.

14. Article 35, Section 16(A) of the Master Agreement provides bargaining unit employees with an entitlement to "16 weeks of [leave without pay] during any 12 month period for the . . . Birth of a son or daughter and the care of such son or daughter." This contractual benefit of 16 weeks negotiated under the Master Agreement is more generous than the 12 weeks required by law. As a result of Secretary Collins' termination of the Master Agreement, a bargaining unit employee at the Coatesville VAMC was denied this contractual benefit. This employee was preparing for maternity leave and told that she could no longer take the full 16 weeks of leave and was only eligible for the 12 weeks required by law.

15. Management officials at the Coatesville VAMC and other VA facilities have told bargaining unit employees, "There is no union," or "The union was cancelled," or "There is no one to help you," or words to this effect. They keep insisting that there is no longer a right to representation in any meetings. These statements were made orally and in writing and have had the intended effect of intimidating bargaining unit employees and chilling their speech and association with AFGE Local 310. In one example, the employee sought to cancel membership because the "union is removed from VA." A true and correct copy of this correspondence is attached hereto as **Exhibit A.** In another example, the employee sought to cancel because, "My position is no longer a 'bargaining unit' position." A true and correct copy of this correspondence is attached hereto as **Exhibit B.** While I have made deliberate efforts to combat these lies and the disinformation campaign by management and human resources officials, bargaining unit employees are intimidated by these anti-union comments. Bargaining unit

4

employees have told me that they are afraid to speak up on the job, ask questions about their employment, report potential violations of law and contract, speak to AFGE representatives during the workday, or otherwise question or challenge management officials who are denigrating the union and refusing to comply with the Master Agreement. People are afraid to come to the union, which makes it harder to provide effective representation.

***Comparison with Teamsters Local 115***

16. I am aware that the VA did not terminate the collective bargaining agreement that covers bargaining unit employees represented by International Brotherhood of Teamsters Local 115 ("Teamsters Local 115") on August 6, 2025. Teamsters Local 115 represents approximately 250 registered nurses at the Coatesville VAMC, Delaware County VA Clinic, and the West Norriton VA Clinic.

17. From August 6, 2025 through at least November 13, 2025, the Coatesville VAMC and surrounding VA Clinics continued to honor collective bargaining agreements with Teamsters Local 115. Teamsters Local 115 continued to have access to union office space and government-furnished equipment and technology at the Coatesville VAMC. Teamsters Local 115 representatives continued using official time. Bargaining unit employees represented by Teamsters Local 115 remained covered by the Federal Service Labor-Management Relations Statute, 5 U.S.C. Chapter 71.

18. Coatesville VAMC maintains the same organizational structure for all employees. Under this structure, all Coatesville VAMC employees ultimately report to the same executive leadership team, consisting of an executive director, chief of staff, associate director of patient care services, and other senior executives, regardless of whether they are represented by Teamsters Local 115, AFGE Local 310, another union, or unrepresented.

19. The same training requirements, security protocol, and building access restrictions apply to all Coatesville VAMC employees, including Teamsters Local 115 and AFGE Local 310 employees. Events, such as "town halls," are often convened so that employees can discuss changes in operations, leadership, and other working conditions. These events are open to all

5

employees and all employees are expected to attend, if able, regardless of whether they are represented by Teamsters Local 115 or AFGE Local 310.

20. The Coatesville VAMC is an integrated health care system. To provide direct and indirect care to veterans and their families and caregivers, the Coatesville VAMC depends on multi-disciplinary and cross-functional teams with nonstop, ongoing communication and coordination amongst and between departments and service lines. Many employees represented by Teamsters Local 115 work in conjunction with employees represented by AFGE Local 310. Employees represented by both unions work in the same teams, departments, or service lines, where they report to the same supervisors and cooperate in providing care and services to veterans. Employees must work together as a team to achieve the goal of delivering the best possible care and services that VA can offer. Constant communication and teamwork in a fast-paced, quickly evolving clinical environment is the best way to provide top quality care and effective hospital administration.

21. In the Domiciliarry Unit, which is a residential environment where veterans live full-time at the Coatesville VAMC to attend various treatment programs, clinical providers including psychologists, licensed professional mental health counselors, social workers, physician assistants, and nurse practitioners all collaborate to develop treatment plans and implement those treatment plans. All employees in the Domiciliary Unit report to the same supervisor and are subject to the same work rules regardless of whether they are, for example, registered nurses represented by Teamsters Local 115 or social workers and psychologists represented by AFGE Local 310. Employees meet as a team to assess how veterans are doing in the Domiciliary Unit. If veterans are having difficulties adjusting to the new environment, we work together to figure out ways to assist them.

22. In the Behavioral Health Interdisciplinary Program ("BHIP"), registered nurses represented by Teamsters Local 115 work hand in hand with clinical psychologists and social workers represented by AFGE Local 310 to ensure that veterans who are coming for outpatient services have their mental health and medical needs taken care of. There is significant overlap

between their care needs and services as provided by registered nurses and other health care workers. In BHIP, employees fall under the supervision of the Associate Chief of Staff for Mental Health regardless of whether they are represented by Teamsters Local 115 or AFGE Local 310.

23. While the Coatesville VAMC does not have a medical-surgery unit, we do have a number of clinics where registered nurses represented by Teamsters Local 115 are working alongside health care workers, such as clinical pharmacists, audiologists, chiropractors, and physical therapists represented by AFGE Local 310. For example, this applies to the Audiology Clinic, Optometry Clinic, Chiropractic Clinic, and others.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of November 2025, in Coatesville, Pennsylvania.

_____
Ira Kedson, Psy.D.

# Exhibit A

# Remove my dues

Via email



Redaction - Privacy ✉ • Aug 07 10:10 am

**To:** AFGE <edues@afge.org>
**CC:** Edues <edues@afge.org>

Show less

> **This Message Is From an Untrusted Sender**
> You have not previously corresponded with this sender.           [ Report Suspicious ]
>
> Can you remove me as I union is removed from VA

# Exhibit B

**From:** [Redaction - Privacy] @gmail.com>
**Date:** August 26, 2025 at 12:05:24 PM EDT
**To:** afgelocal310@gmail.com
**Subject: Dues**

Good morning,

I attempted to cancel my membership due to recent changes with my position. My position is no longer a "bargaining unit" position. I went through the online form but they said I need to do it through my local. How do I go about doing this?

Thanks!

[Redaction - Privacy]