UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs<br><br>*Defendants.* | Case No. 1:25-cv-00583-MRD-PAS |

**DECLARATION OF DEWANDA MITCHELL**

I, Dewanda Mitchell, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I started working at the United States Department of Veterans Affairs ("VA") in 1987 as a police officer. I was also employed as Chief of Police at the Los Angeles Ambulatory Care Clinic, which is part of the Greater Los Angeles VA Healthcare System. I retired from the VA in 2018. In total, I completed 31 years of civilian government service at the VA.

3. I am a 100% service-connected, disabled veteran of the United States Army. Prior to my honorable discharge, I served 20 years in the military and was deployed in Operation Desert Storm, two tours in Germany, one tour in Korea, one tour in Panama, one tour in New Mexico, and two tours in Fort Leavenworth, Kansas.

4. I am the Local President of the American Federation of Government Employees, AFL-CIO ("AFGE"), Local 1061 ("AFGE Local 1061"). I have held this position since 2020. I previously served as Senior Vice President, Secretary, and Chief Steward since joining AFGE as a member in 1993.

5. AFGE Local 1061 represents bargaining unit employees at inpatient and outpatient facilities within the Greater Los Angeles VA Healthcare System ("VAHCS"), the Loma Linda VAHCS, the Long Beach VAHCS, and the San Diego Healthcare System. Within these healthcare systems, there are dozens of VA clinics and outpatient facilities where AFGE Local 1061 represents bargaining unit employees. We also represent fifteen "vet centers" within the VA Readjustment Counseling Service, three cemeteries within the National Cemetery Administration, the Los Angeles VA Regional Office within the Veterans Benefits Administration, the Veterans Integrated Service Network 21 Clinical Contact Center, and other VA facilities.

6. AFGE Local 1061 represents more than 10,000 professional and nonprofessional employees across these VA facilities, including, for example, physicians, dentists, nurses, psychologists, program support assistants, social workers, medical support assistants, health

1

technicians, program specialists, housekeepers, electricians, information technology specialists, mail clerks, veterans service representatives, and police officers. We are proud to represent one of the largest bargaining units of any VA local union in the country.

7. AFGE Local 1061 represents the non-professional employees and professional employees, other than registered nurses, at the Loma Linda VA Medical Center ("VAMC"). For example, we represent physicians, physician assistants, psychologists, social workers, nursing assistants, medical support assistants, and almost every other healthcare occupation needed to run this hospital.

8. I am aware that Douglas A. Collins, Secretary of Veterans Affairs, terminated the 2023 Master Collective Bargaining Agreement ("Master Agreement") on August 6, 2025, except as applied to police officers, firefighters, and security guards. In addition to the Master Agreement, the VA stopped honoring local collective bargaining agreements with AFGE Local 1061, including local supplemental agreements and memoranda of understanding. I provide this declaration to describe how these terminations have affected AFGE Local 1061, my work as its Local President, and bargaining unit employees.

*__Local Management Has Stopped Complying with the Master Agreement and Local Agreements__*

9. Under the Master Agreement and local agreements, the VA had an obligation to provide notice and to bargain over changes to working conditions, including those affecting bargaining unit employees at facilities represented by Local 1061. Before the August 6 termination of the Master Agreement, I or other local union officials would bargain over management's proposal to change working conditions multiple times a month.

10. But, as a result of Secretary Collins' termination of the Master Agreement and local agreements, VA management officials and human resources officials at multiple facilities represented by the Local have refused to negotiate in good faith with AFGE Local 1061 over changes to working conditions affecting bargaining unit employees, including for example, changes to schedules, changes to job duties, changes to standard operating procedures, and more.

2

These facilities have unilaterally implemented changes to working conditions without notice to, or bargaining with, AFGE Local 1061.

11. For instance, the Master Agreement, Articles 43 and 44 outline detailed procedures, including the option of arbitration, that ensure due process and fair resolution of grievances. Across VA facilities with bargaining unit employees represented by Local 1061, the VA has unilaterally terminated pending grievances filed under the negotiated grievance procedure and refused to participate in arbitration proceedings. They claim that bargaining unit employees can now only utilize the VA grievance procedure, but management officials refuse to process any grievance filed by AFGE Local 1061 and instead will only accept grievances filed by individual employees.

12. These facilities have also refused to allow bargaining unit employees to obtain union representation in investigatory examinations that may result in discipline, also known as "*Weingarten* meetings." Such rights are recognized and protected by the Master Agreement, Articles 14, 17, and 22. Employees have been subject to investigation and discipline without representation by AFGE Local 1061, up to and including termination. I am aware of at least twenty bargaining unit employees who were denied representation.

13. Article 51 of the Master Agreement permits AFGE Local 1061 bargaining unit employees to use VA equipment and office space. On or about August 12, 2025, AFGE Local 1061 was forced to vacate union office space at the Loma Linda VAMC and return government-furnished equipment and technology provided to the union under the provisions of the Master Agreement. This has occurred at multiple facilities with bargaining unit members represented by AFGE Local 1061.

14. Article 48 of the Master Agreement relates to official time. Official time, which is defined in 5 U.S.C. § 7131, is intended to "facilitate and encourage the amicable settlement of disputes between employees and the Department involving conditions of employment and should contribute to the effective and efficient conduct of public business." Master Agreement, Art. 48, § 1(A). Section 10 of Article 48 governs the use of official time at the local union level, and it

provides that each local union "will receive an allotment of hours equal to 4.25 hours per year for each bargaining unit position represented by that local union." Master Agreement, Art. 48, § 10(A). As Local President of AFGE Local 1061, I am one of the local union officials who takes official time under this provision of the Master Agreement.

15. Currently, all AFGE Local 1061 officers and stewards were prohibited from using official time to represent bargaining unit employees or communicate with employees on duty time or VA email servers. Because we are prohibited from communicating with bargaining unit employees on official time during the workday and on government equipment, AFGE Local 1061 officers and representatives have been unable to freely and openly communicate with employees at the worksite, answer questions from employees, represent employees in meetings, investigations, grievances, and hearings, confront management and human resources officials about violations of law and contract, and more.

16. Furthermore, AFGE Local 1061-represented employees are being denied lunch breaks and rest breaks as protected by Master Agreement, Article 21. VA management officials are also forcing bargaining unit employees to change their work schedules, mandating holiday coverage, and forcing reassignments without regard for employee seniority protections in contravention of Master Agreement, Articles 12 and 13.

17. The VA has also been denying family and other leave to AFGE 1061 bargaining unit employees. Article 35, Section 16(A) of the Master Agreement provides bargaining unit employees with an entitlement to "16 weeks of [leave without pay] during any 12 month period for the . . . Birth of a son or daughter and the care of such son or daughter." This contractual benefit of 16 weeks negotiated under the Master Agreement is more generous than the 12 weeks required by law. As a result of Secretary Collins' termination of the Master Agreement, at least one bargaining unit employee at the Long Beach VAMC was denied this contractual benefit. The employee, who is currently on maternity leave, was told that she could no longer take the full 16 weeks of leave under the Master Agreement and was only eligible for the 12 weeks required by law. Moreover, at least one bargaining unit employee at the Sepulveda VAMC in Los Angeles

was also denied this contractual benefit. These are yet additional examples of the immediate, real-world harm suffered by bargaining unit employees following the termination of the Master Agreement.

***Local Management Seeks to Chill Union Activity***

18. Many bargaining unit employees have told me that management and human resources officials at the VA have told the employees that "The union has been disbanded," or "There is no more union here," or "The union can't help you," or words to this effect. Employees have reported to me that these officials are telling bargaining unit employees that they should "stop paying union dues" to AFGE Local 1061 "because you no longer have a union." These statements were made orally and in writing and have had the intended effect of intimidating bargaining unit employees, chilling their speech and association with AFGE Local 1061, and harming AFGE Local 1061's reputation.

19. Management and human resources officials instructed bargaining unit employees that they can no longer wear AFGE-branded clothing or accessories to work. For example, the housekeeping aides at the Greater Los Angeles VAMC were instructed that they can no longer wear AFGE Local 1061 sweatshirts to the worksite. Employees are still permitted to wear clothing displaying sports logos or educational logos. The VA is singling out employees and imposing new rules based exclusively on affiliation with, or support of, AFGE Local 1061.

20. Bargaining unit employees have told me that they are afraid to speak up on the job, ask questions about their employment, report potential violations of law and contract, speak to AFGE representatives during the workday, or otherwise question or challenge management officials who are denigrating the union and refusing to comply with the Master Agreement.

21. Even our own union officers and stewards have expressed fear of retaliation for associating with, and acting on behalf of, AFGE Local 1061. AFGE Local 1061 officers and stewards have been harassed for associating with the union and acting on behalf of bargaining unit employees. They are being treated unfairly by management and human resources officials and told to "get back to work" or "go do their real job" when speaking about the union and the

work of AFGE. As a result, and among other self-censoring actions, employees are not filing grievances because they are afraid of retaliation and retribution for exercising these rights and speaking up on the job. Members have told me that they have never experienced this level of hostility in the workplace and genuinely fear for their jobs.

22. This has resulted in fewer AFGE union representatives who are willing to file grievances, sign and send emails to management officials, communicate with members, represent employees in statutory and administrative appeals, attend rallies and mobilization events, and more. This has weakened the ability of AFGE Local 1061 to fully and effectively represent the interests of our bargaining unit employees and harmed its reputation among Loma Linda VAMC employees.

### *Local Employing Offices*

23. AFGE Local 1061 represents VA police officers at multiple VA facilities, including the Greater Los Angeles VAHCS, Long Beach VAHCS, and Loma Linda VAHCS. The local, employing office of these police officers is the VA facility where they report to work. I know from my personal experience and through my representation of police officer union members that police officers' official personnel records indicate that they are appointed by these individual, local facilities falling under the Veterans Health Administration. Within the police department, there are dispatchers, administrative assistants, and other bargaining unit employees who work alongside these police officers. Further, there are thousands of bargaining unit employees in dozens of occupations who fall under the jurisdiction of these same local, employing offices and have the same appointing authority, which is the leader of the local facility. However, the VA refuses to honor the Master Agreement for bargaining unit employees other than police officers.

### *Comparison with United Nurses Association of California*

24. I am aware that the VA did not terminate the collective bargaining agreement that covers its bargaining unit employees represented by United Nurses Association of

California/Union of Healthcare Professionals ("UNAC") at the Loma Linda VAMC on August 6, 2025.

25. Loma Linda VAMC maintains the same organizational structure for all employees, whether represented by UNAC or AFGE Local 1061. Loma Linda VAMC employees report to the same executive leadership team, consisting of an executive director, chief of staff, associate director of patient care services, and other senior executives.

26. The same training requirements, security protocol, and building access restrictions apply to all Loma Linda VAMC employees, whether they are represented by UNAC or AFGE Local 1061. All-employee events, such as "town halls" are often convened so that employees can discuss or be updated about changes in operations, leadership, and other working conditions. All employees are invited and expected to attend these events, if able.

27. To deliver effective care at Loma Linda VAMC, there must be mutual respect and coordinated workflows across all roles and departments especially given that nearly all tasks at Loma Linda VAMC have interdependencies. Teamwork is critical to ensuring safe and efficient operations, and every position contributes to the care and well-being of veterans.

28. The Loma Linda VAMC is an integrated health care system. To provide direct and indirect care to veterans and their families and caregivers, the Loma Linda VAMC depends on multi-disciplinary and cross-functional teams with nonstop, ongoing communication and coordination amongst and between departments and service lines. Many employees represented by UNAC work alongside those represented by AFGE Local 1061 in the same teams, departments, or service lines, where they report to the same supervisors and cooperate in providing care and services to veterans.

29. Employees must work together as a team to achieve the goal of delivering the best possible care and services that VA can offer. Constant communication and team work in a fast-paced, quickly evolving clinical environment is the best way to provide top quality care and effective hospital administration. Secretary Collins' decision to permit UNAC-represented registered nurses to retain collective bargaining rights while denying those same rights to AFGE-

represented employees at the Loma Linda VAMC resulted in a chaotic situation that destabilized the working lives VA employees based solely on their union affiliation.

30. The Secretary's decision had no connection to the actual work performed by employees. For example, the VA relies on "patient aligned care teams" ("PACT") to deliver care and services in a team-based approach where each veteran is assigned a primary care provider, nurse care manager, clinical associate, and administrative clerk. PACT members work together to treat the same patients in the same work areas and using the same standards of care. They meet often to discuss patients, and their focus is building trusted, personal relationships resulting in coordination of all aspects of veteran health care. They are, quite literally, performing their duties side-by-side in the same room with the same patients.

31. However, because of Secretary Collins' decision, from August 6, 2025 through at least November 13, 2025, UNAC-represented registered nurses at the Loma Linda VAMC enjoyed Chapter 71 protections while AFGE-represented nursing assistants and medical support assistants did not. If there was a patient complaint or adverse event that triggers an internal investigation, UNAC-represented registered nurses were entitled to union representation and collective bargaining rights during that investigation, but AFGE-represented employees on the same care team had no such rights or protections. If that investigation resulted in findings that employees committed misconduct or engaged in unacceptable performance warranting disciplinary action, UNAC-represented registered nurses were entitled to collectively bargained due process rights (e.g., advance notice, opportunity to review evidence, opportunity to submit oral and written defense) but AFGE-represented employees were not.

### *Loss of Members*

32. AFGE Local 1061 had more than 4,600 members in March 2025. However, due to the termination of the Master Agreement, the anti-union statements made by management officials at the Greater Los Angeles VAHCS, and the harm to our reputation, our membership has dropped by nearly seventy percent (70%) to 1,500 members as of November 2025.

8

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of November 2025, in Los Angeles, California.

                                                             _____
                                                             Dewanda Mitchell