**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305<br><br>    *Plaintiffs,*<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs<br><br>    *Defendants.* | Case No. 1:25-cv-00583-MRD-PAS<br><br>Judge Melissa R. DuBose |

<u>**NOTICE OF POSTING BOND**</u>

6080802

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby provide notice that they have complied with this Court's order for Plaintiffs to post a nominal bond in the amount of $1,000 pursuant to Fed. R. Civ. P. 65(c). A receipt of Plaintiffs' bond payment is attached hereto as Exhibit A.

Respectfully submitted,

Dated: March 16, 2026

By:    */s/ Carly Beauvais Iafrate*
Carly Beauvais Iafrate, #6343
Law Office of Carly B. Iafrate, PC
408 Broadway, 1st Floor
Providence, RI  02909
(401) 421-0065
ciafrate@verizon.net

By:    */s/ Travis Silva*
Brook Dooley *(pro hac vice)*
Travis Silva *(pro hac vice)*
Taylor Reeves *(pro hac vice)*
JiLon Li *(pro hac vice)*
Alexandra Wheeler *(pro hac vice)*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
BDooley@keker.com
TSilva@keker.com
TReeves@keker.com
JLi@keker.com
AWheeler@keker.com

*Attorneys for American Federation of Government Employees National VA Council and American Federation of Government Employees Local 2305*

1

6080802

# EXHIBIT A

Case 1:25-cv-00583-MRD-PAS    Document 31    Filed 03/16/26    Page 4 of 4 PageID #: 2155

**RECEIPT** DATE 3·16·26^(th)     No. 3637[...]

RECEIVED FROM Law office of Carly B. Iafrate | $1,000.[...]

One thousand

DOLL[...]

○ FOR RENT
☒ FOR ___ Bond

| ACCOUNT | | ○ CASH | Check # 11126 |
|---|---|---|---|
| PAYMENT | 1000.00 | ☒ CHECK | 25-cv-583 |
| | | ○ MONEY ORDER | FROM ___ TO ___ |
| BAL. DUE | | ○ CREDIT CARD | BY CHire |