**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| **AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL**<br><br>**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305**<br><br>    *Plaintiffs,*<br><br>    **v.**<br><br>**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and**<br><br>**DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs**<br><br>    *Defendants.* | **Case No. 1:25-cv-00583-MRD-PAS**<br><br>**EXPEDITED RELIEF REQUESTED (LR Cv 9)** |

**PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

6092586

**TO THE COURT AND ALL PARTIES:**

Plaintiffs move the Court to enforce the preliminary injunction in this case issued on March 13, 2026.  Dkt. 30.  In support of this motion, Plaintiffs concurrently file a supporting memorandum and the sworn declaration of Alexandra Wheeler.

Pursuant to LR Cv 9, Plaintiffs respectfully request expedited relief.  Plaintiffs and the hundreds of thousands of VA employees they represent are irreparably harmed each day that Defendants fail to comply with the preliminary injunction.  **Plaintiffs respectfully request that the Court order that Defendants' opposition be filed on Tuesday, March 24, 2026, that Plaintiffs' reply brief be filed on Thursday, March 26, 2026, and any argument on the Motion to be heard as soon as is practicable for the Court.**

Pursuant to LR Cv 7(c), Plaintiffs request oral argument on this motion only to the extent it would aid the Court.  Should the Court desire oral argument, Plaintiffs will be prepared to attend on short notice, particularly if such argument is held remotely.

Respectfully submitted,

LAW OFFICE OF CARLY B. IAFRATE, PC

Dated: March 20, 2026

By:    _/s/ Carly Beauvais Iafrate_

1

6092586

Carly Beauvais Iafrate, #6343
Law Office of Carly B. Iafrate, PC
408 Broadway, 1st Fl.
Providence, RI 02909
(401) 421-0065
ciafrate@verizon.net

Dated: March 20, 2026          By:     */s/ Travis Silva*
                                       Brook Dooley *(pro hac vice)*
                                       Travis Silva *(pro hac vice)*
                                       Taylor Reeves *(pro hac vice)*
                                       JiLon Li *(pro hac vice)*
                                       Alexandra Wheeler *(pro hac vice)*
                                       KEKER, VAN NEST & PETERS LLP
                                       633 Battery Street
                                       San Francisco, CA 94111-1809
                                       Telephone:  415 391 5400
                                       Facsimile:  415 397 7188
                                       BDooley@keker.com
                                       TSilva@keker.com
                                       TReeves@keker.com
                                       JLi@keker.com
                                       AWheeler@keker.com


                                       *Attorneys for American Federation of
                                       Government Employees National VA
                                       Council and American Federation of
                                       Government Employees Local 2305*

2

6092586

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically filed the within motion and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.


*/s/ Jessica M. Delgadillo*

3

6092586