**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305;<br><br>     Plaintiffs,<br><br>       *v.*<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs;<br><br>     Defendants. | Civil Action No.<br>25-CV-583-MRD-PAS |

## DEFENDANTS' STATUS REPORT

Defendants, the U.S. Department of Veterans Affairs ("the VA") and Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs, file this Status Report to inform the Court that the VA has re-terminated the Master Agreement Between the Department of Veterans Affairs and the American Federation of Government Employees ("Master CBA"), ECF No. 13-1, effective March 26, 2026. A copy of the notice of termination from Secretary Collins to officials at the American Federation of Government Employees and American Federation of Government Employees National Veterans Affairs

1

Council is filed contemporaneously herewith as Exhibit A. Plaintiffs' counsel

has also been provided with a copy of the notice of termination.

Dated: March 26, 2026                    Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

CHARLES C. CALENDA
United States Attorney

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 26, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
ANDREA HYATT
Assistant U.S. Attorney