UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305 and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL,<br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and DOUGLAS COLLINS in his official capacity as U.S. Secretary of Veterans Affairs,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-cv-583-MRD-PAS |

**ORDER**

The parties appeared before the Court this morning on the Plaintiffs' Motion to Enforce the Preliminary Injunction Order (ECF No. 33). The Court explained that the Status Report submitted by the Defendants yesterday (ECF No. 36) with the March 26 Notice of Termination ("re-termination letter") attached does not render moot either the March 13 Preliminary Injunction Order (as clarified on March 23) or the Plaintiffs' Motion to Enforce. The re-termination letter issued yesterday is not in compliance with this Court's clarification that "all parties covered by [the CBAs] will continue to be covered by this contract until it is terminated or amended *in a lawful manner*." (Emphasis added.) The Plaintiffs' Motion to Enforce is GRANTED.

The Court orders and instructs as follows[1]:

- The Preliminary Injunction Order dated March 13, as clarified on March 23, is in full force and effect and will remain so until it is modified, dissolved, or stayed by a court.

---

[1] This Order is intended to memorialize the immediate effect of the Court's ruling on the Plaintiffs' Motion to Enforce and the next step in this case. The Court

- The Defendants' reinstatement of and compliance with the Master CBA, along with any "amendments, local supplemental agreements, and memoranda of understanding related thereto," shall be in both form *and* substance.

- Defendants must immediately notify bargaining units that, pursuant to the Preliminary Injunction issued by the Court on March 13, 2026, the re-termination letter shall not be given any force or effect, the Master CBA (as qualified above) shall remain applicable and binding in both form and substance, and the currently pending grievances and arbitrations submitted under the Master CBA will continue to be processed.  The Defendants shall file a status report with this Court by Wednesday, April 1 to confirm compliance with this Order and the March 13 Preliminary Injunction Order.

- The Defendants shall show cause by the end of day Tuesday, March 31 why the Court should not consider the re-termination letter ostensibly filed as a Status Report on March 26 to be in blatant violation of the Preliminary Injunction Order in place and therefore in contempt of this Court.  The Plaintiffs may respond by the end of day on Thursday, April 2.  The Court shall schedule a show cause hearing on Friday, April 3.


IT IS SO ORDERED.

_____
Melissa R. DuBose
United States District Judge


March 27, 2026

---

may provide additional reasoning and discussion after hearing the parties on the show cause proceedings detailed below.