**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305;<br><br>      Plaintiffs,<br><br>          *v.*<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs;<br><br>      Defendants. | Civil Action No.<br>25-CV-583-MRD-PAS |

**<u>DEFENDANTS' NOTICE OF APPEAL</u>**

Notice is hereby given that the United States, on behalf of the U.S. Department of Veterans Affairs ("the VA") and Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs, appeals to the United States Court of Appeals for the First Circuit from the following orders:

    1.    the preliminary injunction and preliminary order of relief, as clarified, that the district court (DuBose, J.) entered in favor of the Plaintiffs on March 13, 2026 (ECF No. 30) and clarified in an Order issued on March 23, 2026 (text order dated Mar. 23, 2026); and

1

2.      the Order granting Plaintiffs' Motion to Enforce the Preliminary

Injunction that the district court (DuBose, J.) entered in favor of

the Plaintiffs on March 27, 2026 (ECF No. 39).

Dated: March 27, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

CHARLES C. CALENDA
United States Attorney

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
ANDREA HYATT
Assistant U.S. Attorney