

# UNITED STATES DISTRICT COURT
### *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption:  American Federation of Government Employees Local 2305 et al    vs.  United States Department of Veterans Affairs et al

District Court Number: **1:25-cv-583-MRD-PAS**    Presiding Judge: **Judge DuBose**

Notice of Appeal filed by **Defendant**    Notice of Appeal document number: **42**

Appeal from: [30] Memorandum and Order re: ECF 14, [39] Order on Motion Enforce Preliminary Injunction Order

Other information:

Fee status: **Waived**    Pro se case:  Yes ☐  No ☑

Emergency or requires expedition: **Yes**    *If yes, reason:*  Emergency relief to be requested

| Record Information |
|---|

Motions Pending    Yes ☐  No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date:  **03/27/2026**

**HANORAH TYER-WITEK**
Clerk of Court
/s/ *Viviana Gonzalez Gomez*
Deputy Clerk