# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305;<br><br>      Plaintiffs,<br><br>        *v.*<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs;<br><br>      Defendants. | Civil Action No. 25-CV-583-MRD-PAS<br><br>District Judge Melissa R. DuBose<br><br>EXPEDITED RELIEF REQUESTED (LR Cv 9) |

**DEFENDANTS' EMERGENCY MOTION TO STAY PENDING APPEAL**

2

Defendants file this motion pursuant to Federal Rule of Appellate Procedure 8(a)(1) to stay this Court's preliminary injunction, ECF No. 30, and order granting Plaintiffs' motion to enforce the preliminary injunction, ECF No. 39, pending appeal.  Defendants respectfully request expedited relief on this motion pursuant to Local Civil Rule 9 by Monday, March 30, 2026, and will seek the same relief from the United States Court of Appeals for the First Circuit no later than Tuesday, March 31, 2026.  Defendants do not request oral argument on this motion.

Dated: March 29, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

CHARLES C. CALENDA
United States Attorney

*/s/ Tyler J. Becker*

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on March 29, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Tyler J. Becker*

TYLER J. BECKER
Counsel to the Assistant Attorney
Geneal