**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305;<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs;<br><br>　　　　Defendants. | Civil Action No.<br>25-CV-583-MRD-PAS |

**DEFENDANTS' STATUS REPORT**

Defendants, the U.S. Department of Veterans Affairs ("the VA") and Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs, file this Status Report as required by the Court's March 27, 2026, Order ("Enforcement Order"), ECF No. 39.  The Enforcement Order required, in relevant part, that Defendants take the following actions:

> Defendants must immediately notify bargaining units that, pursuant to the Preliminary Injunction issued by the Court on March 13, 2026, the re-termination letter shall not be given any force or effect, the Master CBA (as qualified above) shall remain applicable and binding in both form and substance, and the currently pending grievances and arbitrations submitted under the Master CBA will continue to be processed. The Defendants shall file a status report with this Court by Wednesday, April 1 to

1

confirm compliance with this Order and the March 13 Preliminary Injunction Order.

*Id*. at 2.

Defendants, through their undersigned counsel, confirm their compliance with the Enforcement Order and Preliminary Injunction. *See* Notification Required by District Court's March 27, 2026, Order, attached hereto as Exhibit A. On March 30, 2026, attorneys in the VA Office of General Counsel and representatives from VA's Office of Labor Management Relations met with representatives from the American Federation of Government Employees (AFGE)/National Veterans Affairs Council (NVAC) to discuss VA's compliance with this Court's Preliminary Injunction and Enforcement Orders.

Dated: April 1, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs,

By their attorneys,

CHARLES C. CALENDA
United States Attorney

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 1, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
ANDREA HYATT
Assistant U.S. Attorney

3