## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
NATIONAL VA COUNCIL; and

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
LOCAL 2305

      *Plaintiffs,*

      **v.**

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and

DOUGLAS A. COLLINS, in his official
capacity as U.S. Secretary of Veterans
Affairs

      *Defendants.*

**Case No. 1:25-cv-00583-MRD-PAS**

## PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT

6109200

Plaintiffs submit this Response to Defendants' April 1, 2026 Status Report (Dkt. 48) regarding their compliance with the Court's March 13, 2026 Preliminary Injunction (Dkt. 30) and the Court's March 27, 2026 Enforcement Order (Dkt. 39).

During the week of March 27, Plaintiffs developed substantial evidence of Defendants' non-compliance with the Preliminary Injunction.  *See* Declaration of Mary-Jean Burke in support of Plaintiffs' Response to Defendants' Status Report ("Burke Decl."), ¶¶ 5–10 & Exs. B–G.

On March 27, the Executive Director of the VA's Office of Labor Management Relations, Denise Biaggi-Ayer, reached out to the NVAC President seeking a meeting "to discuss compliance with the March 13, 2026 and March 27, 2026, Orders issued by Judge DuBose, including the processes for re-starting dues withholding, taxpayer funded union time/official time, grievance/arbitration proceedings, office space, and equipment for union officials."  *Id.*, Ex. A.  At the resulting March 30 meeting, the VA did not present any plan to put such "processes" into place.  *Id.* ¶ 3.  Afterwards, Plaintiff NVAC repeatedly demanded that the VA issue guidance implementing the Court's Order.  *See id.* Ex. A.  Defendants provided no direct response.

As recently as April 2, 2026, the VA rejected Plaintiff AFGE Local 2305's request for the reinstatement of the local's access to VA facilities and IT services, as provided by the Master CBA.  *Id.* ¶ 10 & Ex. G.

On April 2, 2026, at approximately 6:25 PM ET, the VA Office of the Chief Human Capital Officer issued a "Bulletin" with the subject line "Department of Veterans Affairs (VA) implementation of Executive Order 14251, *Exclusions from Federal Labor-Management Relations Programs*," along with accompanying guidance ("Guidance") entitled "Guidance Related to Ongoing Litigation and the Preliminary Injunction Concerning the Termination of

1

6109200

Certain Collective Bargaining Agreements and Implementation of Executive Order 14251:

*Exclusions From Federal Labor-Management Relations Programs*.” *Id.*, Ex. H.

Plaintiffs will monitor Defendants’ implementation of the Guidance.

Respectfully submitted,

Dated: April 2, 2026    By:  */s/ Carly Beauvais Iafrate*
Carly Beauvais Iafrate, #6343
Law Office of Carly B. Iafrate, PC
408 Broadway, 1st Fl.
Providence, RI 02909
(401) 421-0065
ciafrate@verizon.net

Dated: April 2, 2026    By:  */s/ Travis Silva*
Brook Dooley *(pro hac vice)*
Travis Silva *(pro hac vice)*
Taylor Reeves *(pro hac vice)*
JiLon Li *(pro hac vice)*
Alexandra Wheeler *(pro hac vice)*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
BDooley@keker.com
TSilva@keker.com
TReeves@keker.com
JLi@keker.com
AWheeler@keker.com

*Attorneys for American Federation of Government Employees National VA Council and American Federation of Government Employees Local 2305*

2

6109200

## CERTIFICATE OF SERVICE

I certify that on April 2, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Travis Silva
Travis Silva

3

6109200