# EXHIBIT A

# Redaction - Privilege

**From:** Thomas Dargon
**Sent:** Wednesday, April 1, 2026 3:39:19 PM
**To:** Martin, Kurt P. <Kurt.Martin@va.gov>
**Cc:** Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>; Roath Schule, Alexandra K. (OGC) <Alexandra.Schule@va.gov>; Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Subject:** RE: Request for Meeting

Kurt – I understand Denise is on leave until next week. The 4:44pm email from VACO-LMR on Monday afternoon indicated that "additional guidance" would be forthcoming from your office. We have not received a copy. It's been more than 48 hours since our meeting. Please provide a status update on the issues we discussed, including how and when the Department will be reinstating dues withholding, official time, office space, equipment, grievance/arbitration procedures, disciplinary procedures, and other CBA provisions. Thank you.

--
Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

**From:** Thomas Dargon
**Sent:** Tuesday, March 31, 2026 9:15 AM
**To:** 'Biaggi-Ayer, Denise' <Denise.Biaggi-Ayer@va.gov>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>; Roath Schule, Alexandra K. (OGC) <Alexandra.Schule@va.gov>; Thomas Dargon <Thomas.Dargon@afge.org>
**Subject:** RE: Request for Meeting

Denise – this is not guidance. It's a one-page memorandum summarizing excerpts of court orders. The same kind of memo that Kurt sent on your behalf on March 18, which said nothing about how or when HR and management officials must implement changes consistent with court orders. No one in the HR community is acting based on this memo. As of this morning, facilities still refuse to make any effort whatsoever to reinstate official time or office space, stating that

1

there was an email from VA Central Office yesterday advising facilities *not* to make any changes to the status quo. Refusals to comply with the MCBA are everywhere: Phoenix, Louisville, Reno, San Francisco, Baltimore, and so on.

By contrast, *within hours* of terminating the MCBA on August 6, 2025, VACO distributed comprehensive guidance with memoranda, eight pages of FAQs, template notices to union officials and employees, deadlines for compliance reporting, and the like. Bargaining unit status codes for 300,000+ employees were changed in less than 48 hours, with each of those 300,000+ employees receiving a contemporaneous email from VA explaining the purported justification for that change. AFGE union officials were given three business days to pack up their offices and cease all representational duties under the threat of termination.

Yet today, 18 days since the preliminary injunction order, the memo you provide suggests "additional guidance" will be provided by LMR and says nothing substantive about how or when compliance is due. There is no indication of when that "additional guidance" will be published or what it will contain. You've known most of the people on the NVAC Executive Committee for more than a decade. You know where they work and how to reach them. Not a single one has been approached by your office about reinstating official time or office space. We met with you yesterday in good faith and provided the answers and information you requested. Please do us the courtesy of being transparent.

Thomas

--
Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

**From:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Sent:** Monday, March 30, 2026 6:09 PM
**To:** Thomas Dargon <Thomas.Dargon@afge.org>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>; Roath Schule, Alexandra K. (OGC) <Alexandra.Schule@va.gov>
**Subject:** RE: Request for Meeting

See what was disseminated today to the HR Community.

Denise

Denise Biaggi-Ayer
Executive Director
Office of Labor Management Relations
U.S. Department of Veterans Affairs
202-461-4009 Office
202-436-2549 Cell
Denise.Biaggi-Ayer@va.gov

Was LMR helpful today?
Please let us know by completing our LMR Customer Satisfaction Survey:
LMR Customer Satisfaction Survey

**From:** Thomas Dargon <Thomas.Dargon@afge.org>
**Sent:** Monday, March 30, 2026 5:49 PM
**To:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>

**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>; Roath Schule, Alexandra K. (OGC) <Alexandra.Schule@va.gov>; Thomas Dargon <Thomas.Dargon@afge.org>
**Subject:** [EXTERNAL] RE: Request for Meeting

Denise – I'm following up on today's meeting. Attached are two documents: 1) a letter including the names of the current NVAC Officers and Representatives, and 2) a listing of AFGE VA Local Presidents. The Department has contact information for these individuals, as well as all AFGE union officials as of August 6, 2025, because the Department previously instructed them to cease representational duties, vacate union offices, and return equipment. We do not have government email addresses for all individuals. If you cannot reach someone, please let us know and we can assist.

You indicated during our meeting today that you would share the guidance disseminated to HR officials. I have not yet received it. Please send to us.

If you have other questions, please contact President Burke. Thank you.

Thomas

--
Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

---

**From:** Thomas Dargon
**Sent:** Monday, March 30, 2026 10:46 AM
**To:** 'Biaggi-Ayer, Denise' Denise.Biaggi-Ayer@va.gov
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>; Roath Schule, Alexandra K. (OGC) <Alexandra.Schule@va.gov>; Thomas Dargon <Thomas.Dargon@afge.org>
**Subject:** RE: Request for Meeting

Yes, we are available at 1:00pm. I will send an invitation for Microsoft Teams. Again, it will be President Burke and I for NVAC.

--
Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

---

**From:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Sent:** Monday, March 30, 2026 10:40 AM
**To:** Thomas Dargon <Thomas.Dargon@afge.org>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>; Roath Schule, Alexandra K. (OGC) <Alexandra.Schule@va.gov>
**Subject:** RE: Request for Meeting

Thomas, I apologize for delayed response.  We are not available today at 11.  Do you have time this afternoon?  The only time that does not work for us is 3-3:30 pm.

Attendees will be Kurt, Alex, and me.
Who will attend for AFGE?

3

Thank you,
Denise

Denise Biaggi-Ayer
Executive Director
Office of Labor Management Relations
U.S. Department of Veterans Affairs
202-461-4009 Office
202-436-2549 Cell
Denise.Biaggi-Ayer@va.gov

Was LMR helpful today?
Please let us know by completing our LMR Customer Satisfaction Survey:
LMR Customer Satisfaction Survey

---

**From:** Thomas Dargon <Thomas.Dargon@afge.org>
**Sent:** Sunday, March 29, 2026 6:24 PM
**To:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>
**Subject:** [EXTERNAL] Re: Request for Meeting

Denise — following up. What time are we meeting tomorrow? Please send a calendar invite and provide the information requested below. Thank you.

—

Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

---

**From:** Thomas Dargon
**Sent:** Saturday, March 28, 2026 12:57:11 PM
**To:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>
**Subject:** RE: Request for Meeting

Denise – President Burke and I are available to meet with you on Monday morning. Please send a calendar invite.

To be clear, the Department must immediately and fully comply with the court's orders. This meeting is not a reason for the Department to delay compliance any further. Prior to our meeting, please provide a copy of the notification sent to employees pursuant to the March 27 order as well as a list of any specific issues you intend to address. Thank you.

--
Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

4

**From:** Thomas Dargon
**Sent:** Friday, March 27, 2026 3:04 PM
**To:** 'Biaggi-Ayer, Denise' <Denise.Biaggi-Ayer@va.gov>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>
**Subject:** RE: Request for Meeting

Okay, no problem. I'll speak with NVAC but suspect that answer will depend on who is coming for VA.

--

Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

**From:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Sent:** Friday, March 27, 2026 3:01 PM
**To:** Thomas Dargon <Thomas.Dargon@afge.org>; MJ Burke <mjburke@afgenvac.org>; Amy Morgan <Amy.Morgan@afge.org>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>
**Subject:** RE: Request for Meeting

Sorry, Thomas.  Moving too quickly.  It was meant to go to Amy Morgan.  Adding her.  I will give you a list of our attendees soon.  Who will attend for AFGE?

Thanks,
Denise

Denise Biaggi-Ayer
Executive Director
Office of Labor Management Relations
U.S. Department of Veterans Affairs
202-461-4009 Office
202-436-2549 Cell
Denise.Biaggi-Ayer@va.gov

Was LMR helpful today?
Please let us know by completing our LMR Customer Satisfaction Survey:
LMR Customer Satisfaction Survey

**From:** Thomas Dargon <Thomas.Dargon@afge.org>
**Sent:** Friday, March 27, 2026 2:58 PM
**To:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>; MJ Burke <mjburke@afgenvac.org>; Gawne, Amy W. <Amy.Warnick@va.gov>
**Cc:** Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>
**Subject:** [EXTERNAL] RE: Request for Meeting

Denise – I'm confirming receipt. We'll get back to you shortly. Please let me know who will be attending this meeting for VA. I'm not familiar with Ms. Gawne, for example. Thank you.

--

5

Thomas Dargon, Jr.
Deputy General Counsel, NVAC
AFGE, AFL-CIO

---

**From:** Biaggi-Ayer, Denise <Denise.Biaggi-Ayer@va.gov>
**Sent:** Friday, March 27, 2026 2:55 PM
**To:** MJ Burke <mjburke@afgenvac.org>; Gawne, Amy W. <Amy.Warnick@va.gov>
**Cc:** Thomas Dargon <Thomas.Dargon@afge.org>; Martin, Kurt P. <Kurt.Martin@va.gov>; Fulcher, Ryan N. <Ryan.Fulcher@va.gov>
**Subject:** Request for Meeting

Good afternoon, MJ,

We would like to schedule a meeting with AFGE/NVAC representatives Monday, March 30, 2026, to discuss compliance with the March 13, 2026 and March 27, 2026, Orders issued by Judge DuBose, including the processes for re-starting dues withholding, taxpayer funded union time/official time, grievance/arbitration proceedings, office space, and equipment for union officials.

Please let me know what time works for you and your team.

Thank you,
Denise


Denise Biaggi-Ayer
Executive Director
Office of Labor Management Relations
U.S. Department of Veterans Affairs
202-461-4009 Office
202-436-2549 Cell
Denise.Biaggi-Ayer@va.gov

Was LMR helpful today?
Please let us know by completing our LMR Customer Satisfaction Survey:
LMR Customer Satisfaction Survey