# EXHIBIT B

# Redaction - Privilege

**From:** Redaction - Privacy >
**Sent:** Wednesday, March 25, 2026 3:04 PM
**To:** General Inquiries Mailbox <info@afge2157.org>
**Subject:** Re: Extended maternity leave

Hello,

I reached out to my HR department and they denied that the union contract was reinstated. I attached the email.

Best,
Redaction - Privacy

she/her


On Mon, Mar 23, 2026 at 7:18 PM Redaction - Privacy > wrote:
Sounds good, thank you for confirming!

Best,
Redaction - Privacy

she/her


On Mon, Mar 23, 2026 at 7:09 PM General Inquiries Mailbox <info@afge2157.org> wrote:
Hi ,

Yes, our CBA included negotiations of 4 additional weeks for maternity leave. You would need to reach out to HR and your supervisor to begin the process/planning. If they deny you, forward us the email and we will take the necessary steps from there.

Thank you,

AFGE Local 2157 Officers

---

**From:** Redaction - Privacy >
**Sent:** Monday, March 23, 2026 9:43 AM
**To:** General Inquiries Mailbox <info@afge2157.org>
**Subject:** Extended maternity leave

Hello,

I was wondering since the union is restored, if VA employees now qualify for the 4 weeks of additional maternity leave again. If so, is there a point of contact to coordinate this with?

Best,
Redaction - Privacy

she/her

 Gmail

Redaction - Privacy

## FW: Extended parental leave

Redaction - Privacy @va.gov>    Wed, Mar 25 at 2:37 PM
To: Redaction - Privacy

Redaction - Privacy

Redaction - Privacy

Portland Outpatient Mental Health Clinic

Portland VA Health Care System

Phone: Redaction - Privacy Ext: Redaction - Privacy

---

**From:** V20-Leave Programs <V20-LeavePrograms@va.gov>
**Sent:** Wednesday, March 25, 2026 1:40 PM
**To:** Redaction - Privacy va.gov>; V20-Leave Programs <V20-LeavePrograms@va.gov>
**Subject:** RE: Extended parental leave

The union contract has not been officially reinstated, so there is not BUE time at this time.

Respectfully

**Gary D. Dupuy**

Human Resources Specialist WLB Leave Programs

V20 NWHRN (10N20/05)

Veterans Health Administration

US Dept of Veteran Affairs

Fax (503)273-5149

7:30am – 5:00pm (PST)

*If I provided great customer service, you can send me kudos here:* #VA Gratitudes – Power Apps

-

---

**From:** Redaction - Privacy @va.gov>
**Sent:** Wednesday, March 25, 2026 12:56 PM
**To:** V20-Leave Programs <V20-LeavePrograms@va.gov>
**Subject:** Extended parental leave

Hello,

I'm planning on taking the extended 4 weeks of unpaid parental leave since the union contract is reinstated. My due date isn't until 5/22 but is there anything I need to do on my end to set this up?

Redaction - Privacy

Redaction - Privacy

Portland Outpatient Mental Health Clinic

Portland VA Health Care System

Phone: Redaction - Privacy  Ext: Redaction - Privacy