# EXHIBIT C

# Redaction - Privilege

**From:** Leland, James R. (SPO) <James.Leland2@va.gov>
**Sent:** Thursday, March 26, 2026 1:04 PM
**To:** Redaction - Privacy @va.gov>
**Cc:** Farrow, Anthony (AFGE Local 1108) <afge1108@outlook.com>
**Subject:** RE: time change

Mr. Redaction - Privacy ,

Good afternoon. Thank you for your message. Although Judge Dubose has issued a ruling, the Department of Veterans Affairs has not yet issued any additional guidance to frontline supervisors regarding its implementation. You may have a representative present during this interview, but they may not be a Union representative acting in an official capacity.

Currently, the agency does not recognize bargaining rights for any VA staff other than VA Police. The proposed alternative interview date of Tuesday, March 31, from 0900 to 1400, is more than sufficient and fair.

Please confirm from the list below, one of the times on Tuesday, March 31, 2026, that you plan to schedule your interview with me:

1

- 0900-1000
- 1000-1100
- 1100-1200
- 1200-1300
- 1300-1400
- 1400-1500


Respectfully,


**James Leland, BSN, RN**
**Nurse Manager – Care Transitions Team**
Mann-Grandstaff VA Medical Center
U.S. Department of Veterans Affairs
Office: 509-434-7081
Cell: 509-703-8289



---

**From:** Redaction - Privacy @va.gov>
**Sent:** Thursday, March 26, 2026 9:48 AM
**To:** Leland, James R. (SPO) <James.Leland2@va.gov>
**Cc:** Farrow, Anthony (AFGE Local 1108) <afge1108@outlook.com>
**Subject:** RE: time change

The times you suggest will not allow my representative to be present.
I request this to be changed to 3:45 on Tuesday to allow me to have representation.


Respectfully,

Redaction - Privacy
APU Unit
Mobile: Redaction - Privacy

---

**From:** Leland, James R. (SPO) <James.Leland2@va.gov>
**Sent:** Thursday, March 26, 2026 9:25 AM
**To:** Redaction - Privacy (SPO) Redaction - Privacy @va.gov>
**Cc:** Farrow, Anthony (AFGE Local 1108) <afge1108@outlook.com>
**Subject:** RE: time change

Mr. Redaction - Privacy ,

Good morning. I'm not able to adjust the interview time for today. If you're unavailable at the time scheduled, I will need to reschedule the interview for next week. I am available next week on Tuesday,

March 31st, all day from 0900 to 1400 for an interview. Please let me know what time will work for you and your Union representative.

Respectfully,


**James Leland, BSN, RN**
**Nurse Manager – Care Transitions Team**
Mann-Grandstaff VA Medical Center
U.S. Department of Veterans Affairs
Office: 509-434-7081
Cell: 509-703-8289



**From:** Redaction - Privacy @va.gov>
**Sent:** Thursday, March 26, 2026 9:14 AM
**To:** Leland, James R. (SPO) <James.Leland2@va.gov>
**Cc:** Farrow, Anthony (AFGE Local 1108) <afge1108@outlook.com>
**Subject:** RE: time change


Good morning,
Do you plan to allow me to have representation, change of time? If not, please state so.
There was a ruling by Judge Dubose that reinstated the AFGE CBA which allows me to have Union rights to representation.



Respectfully,

Redaction - Privacy
APU Unit
Mobile: Redaction - Privacy

**From:** Redaction - Privacy . (SPO)
**Sent:** Wednesday, March 25, 2026 8:30 AM
**To:** Leland, James R. (SPO) <James.Leland2@va.gov>
**Cc:** Farrow, Anthony (AFGE Local 1108) <afge1108@outlook.com>
**Subject:** time change

My union rep and I am requesting that the meeting time be moved to 3:45 so that I can have my union representation with me.

Respectfully,

Redaction - Privacy

APU Unit

Mobile: Redaction - Privacy