# EXHIBIT D

# Redaction - Privilege

**From:** Bucholtz, John J. <John.Bucholtz@va.gov>
**Sent:** Wednesday, March 25, 2026 8:37 AM
**To:** Stormoen, Troy D. VHAREN <Troy.Stormoen@va.gov>; Fish, Tammy L. VHAREN <Tammy.Fish@va.gov>; Gallmeyer, Erica, <Erica.Gallmeyer@va.gov>
**Cc:** Packham, Jeanine N. VHAREN <Jeanine.Packham@va.gov>; Pinero, Erin E. (WMC) <Erin.Pinero@va.gov>
**Subject:** RE: Request for Official Time Under Reinstated Master Agreement

Good morning, Troy,

With respect to implementation of the March 13, 2026, preliminary injunction, pending the forthcoming further guidance from VA's LMR, we will maintain status quo. Official time request from employees who are not police officers/firefighters/security guards are denied.

1

V/r


**John Bucholtz, PhD**

Deputy District Director, RCS Pacific District

PRE-DECISIONAL

---

**From:** Bucholtz, John J.
**Sent:** Tuesday, March 24, 2026 2:57 PM
**To:** Stormoen, Troy D. VHAREN <Troy.Stormoen@va.gov>; Fish, Tammy L. VHAREN <Tammy.Fish@va.gov>; Gallmeyer, Erica, <Erica.Gallmeyer@va.gov>
**Cc:** Packham, Jeanine N. VHAREN <Jeanine.Packham@va.gov>; Pinero, Erin E. (WMC) <Erin.Pinero@va.gov>
**Subject:** RE: Request for Official Time Under Reinstated Master Agreement

Thanks, Troy. You have Erin in the Cc. line and me in the To: line, but I am actually going to need to defer to Employee Relations Labor Relations on this issue as they have the most recent guidance.

V/r


**John Bucholtz, PhD**

Deputy District Director, RCS Pacific District

PRE-DECISIONAL

---

**From:** Stormoen, Troy D. VHAREN <Troy.Stormoen@va.gov>
**Sent:** Tuesday, March 24, 2026 12:54 PM
**To:** Fish, Tammy L. VHAREN <Tammy.Fish@va.gov>; Bucholtz, John J. <John.Bucholtz@va.gov>; Gallmeyer, Erica, <Erica.Gallmeyer@va.gov>
**Cc:** Packham, Jeanine N. VHAREN <Jeanine.Packham@va.gov>; Pinero, Erin E. (WMC) <Erin.Pinero@va.gov>
**Subject:** Request for Official Time Under Reinstated Master Agreement

Good afternoon,

I am renewing my request for official time to perform representational duties pursuant to the reinstated Master Collective Bargaining Agreement.

On March 23, 2026, the Court clarified its preliminary injunction order, stating that reinstatement of the Master CBA means that all covered employees remain covered and that the agreement must be implemented in full without delay. The Court further emphasized that pending motions are not a basis to delay compliance.

2

As you are aware, prior denials of official time, including the stated position that the VA would "maintain status quo" and deny official time to employees outside of police/fire/security, are currently at issue in ongoing litigation and were cited in the union's motion to enforce.

In light of the Court's clarification, I am requesting approval of official time for the following:

Date: 03/25/2026

Time: 0900-1800

Purpose: Employee representation, preparation for representational duties, and submission and follow-up on Requests for Information (RFIs) pursuant to the Master Agreement.

I have previously used annual leave to perform these duties due to the denial of official time. I am submitting this request consistent with the reinstated agreement and to ensure proper accounting of representational time. To the extent official time continues to be denied, I am submitting this request under protest and reserve the right to seek restoration of leave.

Please advise whether this request will be approved pursuant to the Master Agreement.

Thank you

Troy Stormoen
Veteran Outreach Program Specialist
U.S. Department of Veteran Affairs
Reno Vet Center     (775) 323-1294

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and destroy the original message and all copies.