# EXHIBIT E

# Redaction - Privilege

**From:** Bethard, Lesli K. <Lesli.Bethard@va.gov>
**Sent:** Friday, March 27, 2026 12:07 PM
**To:** Rivera-Lopez, Danny <Danny.RiveraLopez@va.gov>
**Subject:** RE: Official Time Request


Hi Danny,


I have spoken with Michele Raymer and she verified with HR that at this time VA is not approving official union time. We have not been given any guidance on changes from Washington on the union.


Thanks,


Lesli Bethard, MSN, RN, CCM

1

Nurse Manager, Geriatric Clinic/H&PC Coordinator, Transitional Care RNs, Pain Clinic Nurses, and Geri ED Care Managers

Robley Rex VA Medical Center

Department of Veterans Affairs

Ph: 502-287-4846

Cell: 502-524-6234

Lesli.Bethard@va.gov



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email, delete this message, and destroy all copies thereof.

**From:** Rivera-Lopez, Danny <Danny.RiveraLopez@va.gov>
**Sent:** Friday, March 27, 2026 11:39 AM
**To:** Bethard, Lesli K. <Lesli.Bethard@va.gov>
**Subject:** Official Time Request

Good morning Lesli!

I would like to request 1 hour of Official Time for this upcoming Monday, March 30th 2026 from 3:30pm-4:30pm for consultation.

Thank you!

**Danny Rivera López, RN**

**Transitional Care, GEC**

**Robley Rex VA Medical Center**

"**Whatever you do, work at it with all your heart, as working for the Lord...**"

**Colossians 3:23 NIV**

**Robley Rex VA Medical Center**