**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
NATIONAL VA COUNCIL; and

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES LOCAL
2305;

     Plaintiffs,

          *v.*

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS; and

DOUGLAS A. COLLINS, in his official
capacity as U.S. Secretary of Veterans
Affairs;

     Defendants.

Civil Action No.
25-CV-583-MRD-PAS

**ASSENTED-TO MOTION FOR FIFTH EXTENSION OF TIME**

Defendants, the United States Department of Veterans Affairs and

Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs,

by and through the undersigned counsel, respectfully request an extension of an

additional 30 days, up to and including June 5, 2026, to answer or otherwise

respond to Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief,

ECF No. 13. The undersigned counsel for Defendants contacted Plaintiffs'

counsel concerning this motion, and Plaintiffs assent to it.

1

Dated: May 5, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

Todd Blanche
*Acting Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

*/s/ Andrea Hyatt*
By: Andrea Hyatt
(TX Bar No. 24007419)
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
ANDREA HYATT
Assistant U.S. Attorney