**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305<br><br>      *Plaintiffs,*<br><br>      **v.**<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs<br><br>      *Defendants.* | Case No. 1:25-cv-00583-MRD-PAS<br><br>**EXPEDITED RELIEF REQUESTED (LR Cv 9)** |

**PLAINTIFFS' MOTION TO ENFORCE**

6267430

**TO THE COURT AND ALL PARTIES:**

Plaintiffs move the Court to enforce the preliminary injunction in this case issued on March 13, 2026. Dkt. 30. In support of this motion, Plaintiffs concurrently file a supporting memorandum, the sworn declaration of Mary Jean Burke, and a proposed order.

Pursuant to LR Cv 9, Plaintiffs respectfully request expedited relief.  Defendants plan to cease complying with the preliminary injunction on August 8, 2026.  Plaintiffs and the hundreds of thousands of VA employees they represent will be irreparably harmed if Defendants are permitted to unlawfully re-terminate the Master Agreement on August 8, 2026 in violation of the preliminary injunction.  Plaintiffs respectfully request that the Court order that Defendants' opposition be filed on Friday, July 31, 2026, that Plaintiffs' reply brief be filed on Tuesday, August 4, 2026, and any argument on the Motion to be heard as soon as is practicable for the Court.

Pursuant to LR Cv 7(c), Plaintiffs request oral argument on this motion only to the extent it would aid the Court. Should the Court desire oral argument, Plaintiffs will be prepared to attend on short notice, particularly if such argument is held remotely.

Respectfully submitted,

Dated:  July 28, 2026

By:    */s/ Carly Beauvais Iafrate*
Carly Beauvais Iafrate, #6343
Law Office of Carly B. Iafrate, PC
408 Broadway, 1st Fl.
Providence, RI 02909
(401) 421-0065
ciafrate@verizon.net

1

6267430

Dated: July 28, 2026

By:   */s/ Travis Silva*

Brook Dooley *(pro hac vice)*
Travis Silva *(pro hac vice)*
JiLon Li *(pro hac vice)*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188
BDooley@keker.com
TSilva@keker.com
JLi@keker.com

*Attorneys for American Federation of Government Employees National VA Council and American Federation of Government Employees Local 2305*

2

6267430

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 28, 2026 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Travis Silva*
Travis Silva

3

6267430