**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305<br><br>     *Plaintiffs,*<br><br>     **v.**<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs<br><br>     *Defendants.* | Case No. 1:25-cv-00583-MRD-PAS |

**[PROPOSED] ORDER**

6286668

The Court has considered Plaintiffs' Motion to Enforce and the Parties' related briefing and supporting materials. The Plaintiffs' Motion to Enforce is GRANTED.

The Court orders and instructs as follows:

The preliminary injunction order, dated March 13, as clarified on March 23, is in full force and effect, including the requirement that "Defendants shall reinstate the Master CBA . . . for the remainder of the agreed-upon term provided in the Master CBA." The agreed-upon term provided in the Master CBA is the Duration of Agreement Article which may be found at Dtk. 14-3 at 311. Thus, since the parties are renegotiating a new collective bargaining agreement, the preliminary injunction, by its original terms, requires the reinstatement of the Master CBA until a new agreement is negotiated.

Defendants shall file a status report with this Court by Monday, August 10 regarding their compliance with this Order.

1

6286668