**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305; <br><br>      Plaintiffs, <br><br>          *v.* <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and <br><br> DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs; <br><br>      Defendants. | Civil Action No. 25-CV-583-MRD-PAS |

## DEFENDANTS' MOTION TO RECONSIDER

Defendants, the U.S. States Department of Veterans Affairs and Douglas A. Collins, respectfully request that this Court reconsider its Order granting Plaintiffs' request to shorten Defendants' allotted time to respond to Plaintiffs' Motion to Enforce to just three days. Defendants seek the standard response time allowed under Local Rule 7(a)(3), which is fourteen days after service of the motion.

In their Motion to Enforce, filed at 1:15 pm today (Tuesday, July 28, 2026), Plaintiffs requested that "the Court order that Defendants' opposition be filed by Friday, July 31, 2026." *Id.* at 2. While the undersigned defense counsel was drafting an opposition, the Court entered a text order at 4:43 pm, granting Plaintiffs' request. Text Order dated July 28, 2026.

1

A three-day response deadline is both unrealistic and unfair. It is unrealistic because the undersigned Assistant United States Attorney assigned to this case, who has primary responsibility for drafting the response to Plaintiffs' Motion to Enforce, has both a deposition to defend this Friday, July 31, 2026, and (2) an expedited summary-judgment brief due in another matter that same day.[1] There are no other Assistant United States Attorneys at the U.S. Attorney's Office for the District of Rhode Island who are available to familiarize themselves with this complicated case and then prepare a response to Plaintiffs' Motion to Enforce within three days.

Local Rule 7(a)(3) allows a party fourteen days to prepare a response, which is an appropriate amount of time here for at least two reasons. First, Plaintiffs' motion involves a novel set of circumstances and will require careful review of the facts, this Courts' prior orders, the First Circuit's rulings on appeal, and research into public-sector labor law. Second, given the importance and impact of this case, multiple levels of review will be needed.

The Plaintiffs cannot claim it would be unfair to allow Defendants the standard amount of time provided under the local rules to file a response. By Plaintiffs' own account, the VA informed them as early as May 19, 2026 (and again on July 15, 2026) what the VA's position was on continued CBA coverage for employees who are not exempt from Executive Order 14,251. *See* Decl. of Mary Jean Burke ex. A at 2, ECF No. 54-2 (providing written notice, dated May 19, 2026 that the VA's position was that any successor agreement will not extend to non-exempted employees); Mem. in Supp. of Pls.' Mot. to Enforce at 2, ECF No. 54-1. ("During the negotiations, on July 15, 2026, the VA informed

---

[1] *See* Joint Mot. for Expedited Summ. J. Briefing Schedule & to Waive Statements of Undisputed Facts, *Espana v. Rubio*, No. 1:26-cv-00427-MRD-PAS (D.R.I. July 8, 2026); Text Order *Espana v. Rubio*, No. 1:26-cv-00427-MRD-PAS (D.R.I. July 8, 2026).

NVAC that, as of August 8, 2026, the VA would no longer honor the Master Agreement for what it calls 'non-exempt employees.'").

Defendants do not file this opposition for purposes of delay or for any other improper purpose; rather, they file this opposition to ensure they have the minimum amount of time necessary to provide this Court with a response that is factually and legally accurate.

Dated: July 29, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

TODD BLANCHE
Acting Attorney General


CHARLES C. CALENDA
First Assistant U.S. Attorney
District of Rhode Island

*/s/ Andrea Hyatt*
Andrea Hyatt
(TX Bar No. 24007419)
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

4

# CERTIFICATE OF SERVICE

I hereby certify that, on July 29, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
ANDREA HYATT
Assistant U.S. Attorney