## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
NATIONAL VA COUNCIL; and

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES LOCAL
2305;

      Plaintiffs,

         *v.*

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS; and

DOUGLAS A. COLLINS, in his official
capacity as U.S. Secretary of Veterans
Affairs;

      Defendants.

Civil Action No.
25-CV-583-MRD-PAS

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, the U.S. Department of Veterans

Affairs ("the VA") and Douglas A. Collins, in his official capacity as U.S.

Secretary of Veterans Affairs, appeal to the United States Court of Appeals for

the First Circuit from the Order that the district court (DuBose, J.) entered in

favor of the Plaintiffs' on August 7, 2026 (ECF No. 64), which modifies the

preliminary injunction and preliminary order of relief that the district court

entered in favor of the Plaintiffs on March 13, 2026 (ECF No. 30).

1

Dated: August 10, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
United States Attorney

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney