

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **American Federation of Governme** vs. **United States Department of Veteran**

District Court Number: **25-cv-00583**    Presiding Judge: **Other** ▼

Notice of Appeal filed by: **Defendant**    Notice of Appeal document number:

Appeal from: **Order modifying preliminary injunction and preliminary order (8/7/26)**

Other information:

Fee status: **Waived**    Pro se case:    Yes ☐    No ☑

Emergency or requires expedition: **No**    *If yes, reason:*

| Record Information |
|---|

Motions Pending    Yes ☑    No ☐
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court

*Frank Perry*

Date: **08/10/2026**

Deputy Clerk

APPEAL

# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−00583−MRD−PAS</u>

American Federation of Government Employees Local 2305 et al v. United States Department of Veterans Affairs et al
Assigned to: District Judge Melissa R. DuBose
Referred to: Magistrate Judge Patricia A. Sullivan
Case in other court:  First Circuit Court of Appeals, <u>26−01321</u> (requires PACER login)
Cause: 05:551 Administrative Procedure Act

Date Filed: 11/04/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: Federal Question

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **American Federation of Government Employees Local 2305** | represented by | **Alexandra Wheeler**<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415−391−5400<br>Fax: 415−397−7188<br>Email: <u>awheeler@keker.com</u><br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brook Dooley**<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415−391−5400<br>Fax: 415−397−7188<br>Email: <u>bdooley@keker.com</u><br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **JiLon Li**<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94109<br>415−391−5400<br>Email: <u>jli@keker.com</u><br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Taylor L. Reeves**<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415−391−5400<br>Fax: 415−397−7188<br>Email: <u>treeves@keker.com</u> |

1

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis Silva**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415−391−5400
Email: tsilva@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Beauvais Iafrate**
Law Office of Carly B Iafrate
408 Broadway
1st Floor
Providence, RI 02909
401−421−0065
Email: ciafrate@verizon.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **American Federation of Government Employees National VA Council** | represented by | **Alexandra Wheeler** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Brook Dooley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JiLon Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Taylor L. Reeves**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis Silva**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Beauvais Iafrate**
(See above for address)
*ATTORNEY TO BE NOTICED*

2

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of Veterans Affairs** | represented by | **Andrea Lena Hyatt**<br>DOJ−USAO<br>District of Rhode Island<br>One Financial Plaza<br>Ste 17th Floor<br>Providence, RI 02903<br>401−709−5013<br>Fax: 401−709−5001<br>Email: andrea.hyatt@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Tyler J. Becker**<br>DOJ−Civ<br>Office of the Assistant Attorney General,<br>Civil Division<br>950 Pennsylvania Ave NW<br>Rm. 3632<br>Washington, DC 20530<br>202−514−4052<br>Email: tyler.becker@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Douglas Collins**<br>*in his official capacity as U.S. Secretary*<br>*of Veterans Affairs* | represented by | **Andrea Lena Hyatt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Tyler J. Becker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2025 | 1 | COMPLAINT ( filing fee paid $ 405.00, receipt number ARIDC−2204972 ), filed by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Civil Cover Sheet, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons)(Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | 2 | MOTION for Alexandra Wheeler to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2205002 ) filed by All Plaintiffs. (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | 3 | MOTION for Brook Dooley to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2205006 ) filed by All Plaintiffs. (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | 4 | |

3

| | | MOTION for JiLon Lee to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2205009 ) filed by All Plaintiffs. (Iafrate, Carly) (Entered: 11/04/2025) |
|---|---|---|
| 11/04/2025 | 5 | MOTION for Taylor L. Reeves to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2205020 ) filed by All Plaintiffs. (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | | Case assigned to District Judge Melissa R. DuBose and Magistrate Judge Patricia A. Sullivan. (Simoncelli, Michael) (Entered: 11/04/2025) |
| 11/04/2025 | 6 | CASE OPENING NOTICE ISSUED (Simoncelli, Michael) (Entered: 11/04/2025) |
| 11/04/2025 | 7 | MOTION for Travis Silva to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2205025 ) filed by All Plaintiffs. (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | 8 | NOTICE of Appearance by Carly B. Iafrate on behalf of All Plaintiffs (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT ORDER granting 2 Motion to Appear Pro Hac Vice of Alexandra Wheeler. So Ordered by District Judge Melissa R. DuBose on 11/4/2025. (Hill, Cherelle) (Entered: 11/04/2025) |
| 11/04/2025 | 9 | EXHIBIT IN SUPPORT by All Plaintiffs in support of 1 Complaint, *Exhibit A − Part 1*. (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT ORDER granting 3 Motion to Appear Pro Hac Vice of Brook Dooley. So Ordered by District Judge Melissa R. DuBose on 11/4/2025. (Hill, Cherelle) (Entered: 11/04/2025) |
| 11/04/2025 | 10 | EXHIBIT IN SUPPORT by All Plaintiffs in support of 1 Complaint, *Exhibit A − Part 2*. (Iafrate, Carly) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT ORDER granting 4 Motion to Appear Pro Hac Vice of JiLon Li. So Ordered by District Judge Melissa R. DuBose on 11/4/2025. (Hill, Cherelle) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT ORDER granting 5 Motion to Appear Pro Hac Vice of Taylor L. Reeves. So Ordered by District Judge Melissa R. DuBose on 11/4/2025. (Hill, Cherelle) (Entered: 11/04/2025) |
| 11/04/2025 | | TEXT ORDER granting 7 Motion to Appear Pro Hac Vice of Travis Silva. So Ordered by District Judge Melissa R. DuBose on 11/4/2025. (Hill, Cherelle) (Entered: 11/04/2025) |
| 11/04/2025 | 11 | Summons Issued as to Douglas Collins, United States Department of Veterans Affairs, U.S. Attorney and U.S. Attorney General. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Simoncelli, Michael) (Entered: 11/04/2025) |
| 11/14/2025 | 12 | CERTIFICATE OF SERVICE Returned Executed by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council. Douglas Collins served on 11/6/2025, answer due 1/5/2026; United States Department of Veterans Affairs served on 11/6/2025, answer due 1/5/2026. (Silva, Travis) Modified on 11/17/2025 to correct docket text (Urizandi, Nissheneyra). (Entered: 11/14/2025) |
| 11/25/2025 | 13 | |

4

| | | AMENDED COMPLAINT against All Defendants, filed by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Silva, Travis) (Entered: 11/25/2025) |
|---|---|---|
| 11/25/2025 | 14 | MOTION for Preliminary Injunction filed by All Plaintiffs. **Responses due by 12/9/2025.** (Attachments: # 1 Supporting Memorandum, # 2 Decl. of T. Silva, # 3 Decl. of W. Wetmore, # 4 Decl. of M. Burke, # 5 Decl. of F. Sacchi, # 6 Decl. of S. Chaves, # 7 Decl. of I. Kedson, # 8 Decl. of D. Mitchell)(Silva, Travis) (Entered: 11/25/2025) |
| 12/02/2025 | 15 | NOTICE of Appearance by Andrea Lena Hyatt on behalf of All Defendants (Hyatt, Andrea) (Entered: 12/02/2025) |
| 12/05/2025 | 16 | Joint MOTION for an Extension of Time to File Response/Reply as to 14 MOTION for Preliminary Injunction filed by Douglas Collins, United States Department of Veterans Affairs. **Responses due by 12/19/2025.** (Hyatt, Andrea) (Entered: 12/05/2025) |
| 12/08/2025 | | TEXT ORDER granting 16 Motion for Extension of Time to File Response/Reply re 14 MOTION for Preliminary Injunction . **Responses due by 12/19/2025. Replies due by 1/6/2026**. So Ordered by District Judge Melissa R. DuBose on 12/8/2025. (Simoncelli, Michael) (Entered: 12/08/2025) |
| 12/19/2025 | 17 | RESPONSE In Opposition to 14 MOTION for Preliminary Injunction filed by Douglas Collins, United States Department of Veterans Affairs. **Replies due by 12/26/2025.** (Attachments: # 1 Affidavit)(Hyatt, Andrea) (Entered: 12/19/2025) |
| 12/31/2025 | 18 | Assented MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by All Defendants. **Responses due by 1/14/2026.** (Hyatt, Andrea) (Entered: 12/31/2025) |
| 01/05/2026 | | AMENDED TEXT ORDER granting 18 Motion for Extension of Time. Reset Deadlines: Defendants U.S. Dept of Veteran Affairs and Douglas A. Collins shall file a responsive pleading to the plaintiffs' Amended Complaint, ECF No. 13 , on or before February 4, 2026. So Ordered by District Judge Melissa R. DuBose on 1/5/2026. (Urizandi, Nissheneyra) Modified on 1/6/2026 (Urizandi, Nissheneyra). (Entered: 01/05/2026) |
| 01/06/2026 | 19 | REPLY to Response re 17 Response to Motion, filed by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council. (Attachments: # 1 Declaration of T. Reeves)(Silva, Travis) (Entered: 01/06/2026) |
| 01/28/2026 | | NOTICE of Hearing re 14 MOTION for Preliminary Injunction: Hearing set for 2/19/2026 at 11:00 AM in Courtroom 4 before District Judge Melissa R. DuBose. (Urizandi, Nissheneyra) (Entered: 01/28/2026) |
| 01/29/2026 | 20 | Assented MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by All Defendants. **Responses due by 2/12/2026.** (Hyatt, Andrea) (Entered: 01/29/2026) |
| 01/30/2026 | | TEXT ORDER granting 20 Motion for Extension of Time to Answer. Defendants shall file an answer or otherwise respond to Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief, ECF No. 13 , on or before March 6, 2026. So Ordered by District Judge Melissa R. DuBose on 1/30/2026. (Urizandi, Nissheneyra) (Entered: 01/30/2026) |

| 02/17/2026 | 21 | NOTICE of Appearance by Tyler J. Becker on behalf of All Defendants (Becker, Tyler) (Entered: 02/17/2026) |
|---|---|---|
| 02/18/2026 | 22 | NOTICE by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council *of Supplemental Authority* (Attachments: # 1 Declaration of Alexandra Wheeler ISO Notice of Supplemental Authority)(Silva, Travis) (Entered: 02/18/2026) |
| 02/19/2026 |  | Minute Entry for proceedings held before District Judge Melissa R. DuBose: Motion Hearing held on 2/19/2026 re 14 MOTION for Preliminary Injunction filed by American Federation of Government Employees National VA Council, American Federation of Government Employees Local 2305. (T. Silva, J. Li, T. Becker, A. Wyatt) Arguments heard. The Court takes matter under advisement and will issue a written ruling at a later date. (Court Reporter Lisa Schwam in Courtroom 4 at 11:00 AM) (Urizandi, Nissheneyra) Modified on 2/27/2026 to change date of hearing. (Urizandi, Nissheneyra). (Entered: 02/27/2026) |
| 02/24/2026 | 23 | TRANSCRIPT ORDER for proceedings held on February 19, 2026 before Judge Melissa R. Dubose. Expedited Transcript selected. Transcript to be delivered within 7 calendar days.. (Wheeler, Alexandra) (Entered: 02/24/2026) |
| 02/25/2026 | 24 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 23 Transcript Order. Court Reporter/Transcriber: Lisa Schwam. (Dias, Jennifer) (Entered: 02/25/2026) |
| 02/25/2026 | 25 | TRANSCRIPT ORDER for proceedings held on 2/19/2026 before Judge Dubrose. Ordinary Transcript delivery selected. Transcript to be delivered in 30 days.. (Hyatt, Andrea) (Entered: 02/25/2026) |
| 02/26/2026 | 26 | NOTICE by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council *of Supplemental Authority* (Silva, Travis) (Entered: 02/26/2026) |
| 03/02/2026 | 27 | NOTICE by Douglas Collins, United States Department of Veterans Affairs re 26 Notice (Other) *Responding to Plaintiffs' Notice of Supplemental Authority* (Hyatt, Andrea) (Entered: 03/02/2026) |
| 03/05/2026 | 28 | Assented MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by All Defendants. **Responses due by 3/19/2026.** (Hyatt, Andrea) (Entered: 03/05/2026) |
| 03/10/2026 |  | TEXT ORDER granting 28 Motion for Extension of Time to Answer. Douglas Collins answer due 4/6/2026; United States Department of Veterans Affairs answer due 4/6/2026. So Ordered by District Judge Melissa R. DuBose on 3/10/2026. (Urizandi, Nissheneyra) (Entered: 03/10/2026) |
| 03/12/2026 | 29 | TRANSCRIPT of Preliminary injunction hearing held on 02/19/2026 before Judge DuBose. Court Reporter/Transcriber Lisa Schwam, Telephone number 401−752−7128. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 4/2/2026. Redacted Transcript Deadline set for 4/13/2026. Release of Transcript Restriction set for 6/10/2026. |

| | | |
|---|---|---|
| | | (Schwam, Lisa) (Main Document 29 replaced on 3/13/2026) (Urizandi, Nissheneyra). (Entered: 03/12/2026) |
| 03/13/2026 | 30 | MEORANDUM AND ORDER: The Plaintiffs' Motion for Preliminary Injunction (ECF No. 14 ) is GRANTED. The Defendants shall reinstate the Master CBA as well as any amendments, local supplemental agreements, and memoranda of understanding that were in place subsidiary to the Master CBA for the remainder of the agreed−upon term provided in the Master CBA. So Ordered by District Judge Melissa R. DuBose on 3/13/2026. (Urizandi, Nissheneyra) (Entered: 03/13/2026) |
| 03/16/2026 | 31 | NOTICE by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council re 30 Order on Motion for Preliminary Injunction, *[Notice of Posting Bond]* (Silva, Travis) (Entered: 03/16/2026) |
| 03/16/2026 | | DOCKET NOTE: Received $1000.00 Bond Payment from Carly B. Iafrate. (Hill, Cherelle) (Entered: 03/17/2026) |
| 03/20/2026 | 32 | MOTION to Clarify 30 Order on Motion for Preliminary Injunction, filed by Douglas Collins, United States Department of Veterans Affairs. **Responses due by 4/3/2026.** (Hyatt, Andrea) (Entered: 03/20/2026) |
| 03/20/2026 | 33 | MOTION Enforce Preliminary Injunction Order filed by All Plaintiffs. **Responses due by 4/3/2026.** (Attachments: # 1 Supporting Memorandum, # 2 Declaration of Alexandra Wheeler and Exhibits in support)(Silva, Travis) (Entered: 03/20/2026) |
| 03/22/2026 | | AMENDED TEXT ORDER: The Government is directed to respond to the 33 MOTION Enforce Preliminary Injunction Order on Tuesday, March 24, 2026 by close of business day. Replies are due on Thursday, March 26, 2026 by close of business day. So Ordered by District Judge Melissa R. DuBose on 3/22/2026. (Urizandi, Nissheneyra) (Entered: 03/22/2026) |
| 03/23/2026 | | TEXT ORDER: Before the Court is Defendants Motion to Clarify the Preliminary Injunction entered on March13, 2026. ECF No. 32 . The Defendants claim to be confused by two ambiguities they perceive in the text of the preliminary injunction order. The Court does not know how to state the order any more simply or directly. The Court concluded that the Plaintiffs are likely to succeed on the merits of their claim that the August 2025 termination of the Master CBA was a retaliatory action in violation of the First Amendment and an arbitrary and capricious agency action in violation of the APA. The Court ordered the Defendants to reinstate the Master CBA. The additional plain language simply acknowledges that the Master CBA has an agreed−upon term and may have "amendments, local supplemental agreements, and memoranda of understanding" related thereto using the terms employed by Plaintiffs in their motion, ECF No. 14 at 2, and not questioned by the Defendants in their response in opposition. The Court is at a loss to understand how that conclusion and the resulting injunction could possibly be read to order that (1) the Defendants are wholesale prohibited from terminating the Master CBA again prior to the end of the three−year term governing the contract or (2) the Defendants must reinstate any contract that is not encompassed by the Master CBA and agreements related thereto as identified above. To reinstate the Master CBA means that all parties covered by this contract will continue to be covered by this contract until it is terminated or amended in a lawful manner. As the Defendants themselves explain in their pending motion, to have entered an order enjoining the Defendants beyond the scope the Court articulated would step beyond the Courts authority at this juncture of the case. |

7

| | | |
|---|---|---|
| | | The Defendants' Motion to Clarify is, accordingly, GRANTED. As the Defendants prepare their response to the Plaintiffs' pending Motion for Enforcement (ECF No. 33), the Court expects that the Defendants' compliance with the plain language of the preliminary injunction order will not be delayed. To be clear, the pending motion for enforcement is no reason to delay compliance with the Court's March 13, 2026 order to reinstate the Master CBA in full. So Ordered by District Judge Melissa R. DuBose on 3/23/2026. (Urizandi, Nissheneyra) (Entered: 03/23/2026) |
| 03/24/2026 | | NOTICE of Hearing re 33 MOTION Enforce Preliminary Injunction Order: Hearing set for 3/27/2026 at 9:30 AM by Zoom Hearing before District Judge Melissa R. DuBose. Zoom access information will be emailed to all counsel. The public will be able to access this hearing on the Court's YouTube channel: www.YouTube.com/USCourtsRID. (Entered: 03/24/2026) |
| 03/24/2026 | 34 | RESPONSE In Opposition to 33 MOTION Enforce Preliminary Injunction Order filed by All Defendants. **Replies due by 3/31/2026.** (Hyatt, Andrea) (Entered: 03/24/2026) |
| 03/26/2026 | 35 | REPLY to Response re 34 Response to Motion *to Enforce the Preliminary Injunction* filed by All Plaintiffs. (Silva, Travis) (Entered: 03/26/2026) |
| 03/26/2026 | 36 | STATUS REPORT by All Defendants. (Attachments: # 1 Exhibit Notice)(Hyatt, Andrea) (Entered: 03/26/2026) |
| 03/26/2026 | 37 | NOTICE by American Federation of Government Employees Local 2305, American Federation of Government Employees National VA Council re 36 Status Report *Response to Defendants Status Report* (Silva, Travis) (Entered: 03/26/2026) |
| 03/27/2026 | 38 | TRANSCRIPT ORDER for proceedings held on 3/27/2026 before Judge DuBose. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Hyatt, Andrea) (Entered: 03/27/2026) |
| 03/27/2026 | 39 | ORDER granting 33 MOTION Enforce Preliminary Injunction Order. So Ordered by District Judge Melissa R. DuBose on 3/27/2026. (Urizandi, Nissheneyra) (Entered: 03/27/2026) |
| 03/27/2026 | 40 | TRANSCRIPT ORDER for proceedings held on 3/27/2026 before Judge Melissa R. Dubose. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Wheeler, Alexandra) (Entered: 03/27/2026) |
| 03/27/2026 | 41 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 38 Transcript Order, 40 Transcript Order,. Daily Transcript Ordered. Court Reporter/Transcriber: Lisa Schwam. (Dias, Jennifer) (Entered: 03/27/2026) |
| 03/27/2026 | 42 | NOTICE OF APPEAL by Douglas Collins, United States Department of Veterans Affairs as to 30 Memorandum and Order re: 14 Motion for Preliminary Injunction, 39 Order on Motion Enforce Preliminary Injunction Order. (No fee paid, USA, Waived by Statute, or IFP.)<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 4/3/2026. (Hyatt, Andrea) *Docket text corrected on 3/27/2026 to reflect* |

8

| | | |
|---|---|---|
| | | *correct the names of the motions linked to the appeal.* (Gonzalez Gomez, Viviana) (Entered: 03/27/2026) |
| 03/27/2026 | 43 | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and a copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b) re: 42 Notice of Appeal. Documents Sent: 30, 39. (Attachments: # 1 Record on Appeal) (Gonzalez Gomez, Viviana) (Entered: 03/27/2026) |
| 03/27/2026 | | USCA Case Number 26−1321 for 42 Notice of Appeal, filed by Douglas Collins, United States Department of Veterans Affairs. (Gonzalez Gomez, Viviana) (Entered: 03/27/2026) |
| 03/27/2026 | 44 | TRANSCRIPT of Motion held on 03/27/2026 before Judge DuBose. Court Reporter/Transcriber Lisa Schwam, Telephone number 401−752−7128. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 4/17/2026. Redacted Transcript Deadline set for 4/27/2026. Release of Transcript Restriction set for 6/25/2026. (Schwam, Lisa) (Entered: 03/27/2026) |
| 03/29/2026 | 45 | Emergency MOTION to Stay re 30 Order on Motion for Preliminary Injunction, 39 Order on Motion for Miscellaneous Relief filed by All Defendants. **Responses due by 4/13/2026.** (Attachments: # 1 Supporting Memorandum, # 2 Exhibit Engelbaum Decl.)(Becker, Tyler) (Entered: 03/29/2026) |
| 03/30/2026 | | TEXT ORDER: Plaintiffs' response to the 45 Emergency Motion to Stay shall be filed by close of business on Wednesday, April 1, 2026.<br><br>The contempt proceeding is held in abeyance pending the Circuit's disposition of the appeal. So Ordered by District Judge Melissa R. DuBose on 3/30/2026. (Urizandi, Nissheneyra) (Entered: 03/30/2026) |
| 04/01/2026 | 46 | Assented MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by All Defendants. **Responses due by 4/15/2026.** (Hyatt, Andrea) (Entered: 04/01/2026) |
| 04/01/2026 | 47 | RESPONSE In Opposition to 45 Emergency MOTION to Stay re 30 Order on Motion for Preliminary Injunction, 39 Order on Motion for Miscellaneous Relief filed by All Plaintiffs. **Replies due by 4/8/2026.** (Attachments: # 1 Declaration of Pace Schwarz, # 2 Supplemental Declaration of Mary Jean Burke)(Silva, Travis) (Entered: 04/01/2026) |
| 04/01/2026 | 48 | STATUS REPORT by All Defendants. (Attachments: # 1 Exhibit Notice)(Hyatt, Andrea) (Entered: 04/01/2026) |
| 04/02/2026 | 49 | STATUS REPORT *Response to 48 Defendants' Status Report* by All Plaintiffs. (Attachments: # 1 Declaration of Mary−Jean Burke, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Silva, Travis) (Entered: 04/02/2026) |

9

| 04/06/2026 | | TEXT ORDER: Before the Court is the Defendants' Emergency Motion to Stay this Courts Preliminary Injunction Order (ECF No. 30 ) and Enforcement Order (ECF No. 39 ). ECF No. 45 . The Court has carefully considered the Defendants' arguments, the Plaintiffs' arguments in opposition to the motion (ECF No. 47 ), and the caselaw related to the parties' arguments. The First Circuit is clear that "'[a]stay is an intrusion into the ordinary processes of administration and judicialreview' and is not granted as 'a matter of right.'" *State v. UnitedStates Dep't of Hous. & Urb. Dev.*, No. 26−1217, 2026 WL 887242, at *8(1st Cir. Apr. 1, 2026) ("HUD") (quoting *Nken v. Holder*, 556 U.S.418, 427 (2009)). By simply reiterating arguments already made to this Court in this case and attempting to debut new arguments not previously made to the Court while it considered the Plaintiffs' motion for preliminary injunction, the Defendants have fallen far short of meeting their "burden of justifying the extraordinary relief it requests." *New York v. Kennedy*,155 F.4th 67, 72 (1st Cir. 2025). Specifically, the Defendants have failed to persuade this Court that it is likely to succeed on the merits of their appeal, that they will be irreparably injured without the stay, that other parties interested in the proceeding will be irreparably injured, or that the public's interest will be adversely affected. *See Nken*, 556 U.S. at 426; *HUD*, 2026 WL 887242, at *8; New York, 155 F.4th at72.<br><br>The Court acknowledges and appreciates the Defendants' status report indicating that the parties are in discussions about compliance with the Court's orders. ECF No. 48 . While the First Circuit adjudicates the merits of the interlocutory appeal, this Court expects the parties' full compliance, in both form and substance, with its prior orders. So Ordered by District Judge Melissa R. DuBose on 4/6/2026. (Urizandi, Nissheneyra) (Entered: 04/06/2026) |
| 05/05/2026 | 50 | Assented MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by Douglas Collins, United States Department of Veterans Affairs. **Responses due by 5/19/2026.** (Hyatt, Andrea) (Entered: 05/05/2026) |
| 05/18/2026 | 51 | OPINION of the U.S. Court of Appeals for the First Circuit entered as to 42 Notice of Appeal,,, filed by Douglas Collins, United States Department of Veterans Affairs. OPINION issued by David J. Barron, Chief Appellate Judge; Seth Robert Aframe, Appellate Judge and Joshua D. Dunlap, Appellate Judge. Published. [26−1321] (Hill, Cherelle) (Entered: 05/18/2026) |
| 06/03/2026 | 52 | MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by All Defendants. **Responses due by 6/17/2026.** (Hyatt, Andrea) (Entered: 06/03/2026) |
| 06/08/2026 | | TEXT ORDER granting 46 Motion for Extension of Time to Answer; granting 50 Motion for Extension of Time to Answer; granting 52 Motion for Extension of Time to Answer. Douglas Collins answer due 7/20/2026; United States Department of Veterans Affairs answer due 7/20/2026. So Ordered by District Judge Melissa R. DuBose on 6/8/2026. (Urizandi, Nissheneyra) (Entered: 06/08/2026) |
| 07/13/2026 | 53 | Assented MOTION for an Extension of Time to File Answer re 13 Amended Complaint, filed by All Defendants. **Responses due by 7/27/2026.** (Hyatt, Andrea) (Entered: 07/13/2026) |
| 07/24/2026 | | TEXT ORDER granting 53 Motion for Extension of Time to Answer. Douglas Collins answer due 8/19/2026; United States Department of Veterans Affairs answer due 8/19/2026. So Ordered by District Judge Melissa R. DuBose on 7/24/2026. (Urizandi, Nissheneyra) (Entered: 07/24/2026) |

| 07/28/2026 | 54 | MOTION to Enforce Preliminary Injunction filed by All Plaintiffs. **Responses due by 8/11/2026.** (Attachments: # 1 Supporting Memorandum, # 2 Declaration of Mary Jean Burke, # 3 Proposed Order)(Silva, Travis) (Entered: 07/28/2026) |
| --- | --- | --- |
| 07/28/2026 | | TEXT ORDER: Defendants shall respond to Plaintiffs' 54 MOTION to Enforce Preliminary Injunction by Friday, July 31, 2026, and Plaintiffs shall file a reply by Tuesday, August 4, 2026. So Ordered by District Judge Melissa R. DuBose on 7/28/2026. (Urizandi, Nissheneyra) (Entered: 07/28/2026) |
| 07/28/2026 | 55 | MOTION for Reconsideration re Order, filed by Douglas Collins, United States Department of Veterans Affairs. **Responses due by 8/11/2026.** (Hyatt, Andrea) (Entered: 07/28/2026) |
| 07/29/2026 | 56 | RESPONSE In Opposition to 55 MOTION for Reconsideration re Order, filed by All Plaintiffs. **Replies due by 8/5/2026.** (Attachments: # 1 Declaration of Travis Silva (Exhibits A−C))(Silva, Travis) (Entered: 07/29/2026) |
| 07/29/2026 | 57 | REPLY to Response re 56 Response to Motion, *to Reconsider* filed by All Defendants. (Hyatt, Andrea) (Entered: 07/29/2026) |
| 07/30/2026 | | TEXT ORDER: The Defendants' Motion for Reconsideration of the briefing schedule set for the Plaintiffs' Motion to Enforce the Preliminary Injunction (ECF No. 55 ) is GRANTED in part. The new briefing schedule is as follows: Defendants shall respond to Plaintiffs' Motion to Enforce by COB August 4 and Plaintiffs shall file a reply by COB August 6. While the Court recognizes that Plaintiffs are not obligated to file a substantive reply to Defendants' forthcoming response, the Court would like Plaintiffs and Defendants to succinctly brief the issue of whether the district court currently has jurisdiction to decide Plaintiffs' Motion to Enforce on the merits, or whether the docketed appeal of the Preliminary Injunction Order has deprived the district court of jurisdiction to adjudicate this motion, such that a limited remand needs to be sought from the Circuit. *Compare* Contour Design, Inc. v. Chance Mold Steel Co., 649 F.3d 31, 34 (1st Cir. 2011) *with* Colon−Torres v. Negron−Fernandez, 997 F.3d 63, 7475 (1st Cir. 2021). So Ordered by District Judge Melissa R. DuBose on 7/30/2026. (Urizandi, Nissheneyra) (Entered: 07/30/2026) |
| 08/04/2026 | 58 | RESPONSE In Opposition to 54 MOTION to Enforce Preliminary Injunction filed by All Defendants. **Replies due by 8/11/2026.** (Attachments: # 1 Appendix index, # 2 Exhibit Exhibits 1−30)(Hyatt, Andrea) (Entered: 08/04/2026) |
| 08/05/2026 | | AMENDED NOTICE of Hearing re 54 MOTION to Enforce Preliminary Injunction: Hearing set for 8/7/2026 at 9:30 AM in Remote Hearing before District Judge Melissa R. DuBose. This hearing will be steamed on the Court's YouTube channel (www.YouTube.com/@USCourtsRID) (Urizandi, Nissheneyra) (Entered: 08/05/2026) |
| 08/06/2026 | 59 | REPLY to Response re 58 Response to Motion, filed by All Plaintiffs. (Attachments: # 1 Declaration of Mary Jean Burke (Exhibits A−C))(Silva, Travis) (Entered: 08/06/2026) |
| 08/07/2026 | 60 | TRANSCRIPT ORDER for proceedings held on 8/7/2026 before Judge Judge DuBose. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Hyatt, Andrea) (Entered: 08/07/2026) |
| 08/07/2026 | 61 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 60 Transcript Order,. Daily Transcript Ordered. Court Reporter/Transcriber: Denise Webb. (Dias, Jennifer) |

11

| | | |
|---|---|---|
| | | (Entered: 08/07/2026) |
| 08/07/2026 | | Minute Entry for proceedings held before District Judge Melissa R. DuBose: Motion Hearing held on 8/7/2026 re 54 MOTION to Enforce Preliminary Injunction. Counsel present: B. Dooley and C. Iafrate for Plaintiffs; T. Becker and A. Hyatt for Defendants. Court addressed parties. Court hears argument from Plaintiffs. Court questions. Court hears argument from Defendants. Court questions. Court hears rebuttal argument from Plaintiffs. Court addresses parties. Court grants Motion to Enforce (ECF No. 54). Order to follow. Recess. (Court Reporter D. Webb in Zoom Video Hearing at 9:30 AM.) (Simoncelli, Michael) (Entered: 08/07/2026) |
| 08/07/2026 | 62 | TRANSCRIPT ORDER for proceedings held on 8/7/2026 before Judge Melissa R. DuBose. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Li, JiLon) (Entered: 08/07/2026) |
| 08/07/2026 | 63 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 62 Transcript Order,. Daily Transcript Ordered. Court Reporter/Transcriber: Denise Webb. (Dias, Jennifer) (Entered: 08/07/2026) |
| 08/07/2026 | 64 | ORDER granting 54 MOTION to Enforce Preliminary Injunction . So Ordered by District Judge Melissa R. DuBose on 8/7/2026. (Simoncelli, Michael) (Entered: 08/07/2026) |
| 08/07/2026 | 65 | TRANSCRIPT of Motion to Enforce held on 8/7/2026 before District Judge Melissa R. DuBose. Court Reporter Denise A Webb, Telephone number 401−752−7045. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 8/28/2026. Redacted Transcript Deadline set for 9/8/2026. Release of Transcript Restriction set for 11/5/2026. (Webb, Denise) (Entered: 08/07/2026) |
| 08/07/2026 | 66 | MOTION *to Correct Clerical Mistake in Order* filed by All Plaintiffs. **Responses due by 8/21/2026.** (Silva, Travis) (Entered: 08/07/2026) |
| 08/10/2026 | 67 | NOTICE OF APPEAL by Douglas Collins, United States Department of Veterans Affairs as to 64 Order on Motion for Miscellaneous Relief (No fee paid, USA, Waived by Statute, or IFP.)<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 8/17/2026. (Hyatt, Andrea) (Entered: 08/10/2026) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305 and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL, Plaintiffs, v. UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and DOUGLAS COLLINS in his official capacity as U.S. Secretary of Veterans Affairs, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-cv-583-MRD-PAS |

**ORDER**

The parties appeared before the Court this morning on the Plaintiffs' Motion to Enforce the Preliminary Injunction currently in place and on appeal at the First Circuit. ECF No. 54. The Plaintiffs contend that the Defendants are in violation of the Preliminary Injunction ordered by this Court on March 13, clarified on March 23, and enforced on March 27, 2026, because the Defendants announced their intention to consider the Master CBA re-terminated for all VA employees as of August 8, 2026. *Id.* at 2. This motion is being considered and resolved on an expedited basis, at Plaintiffs' request. As such, the Court assumes the reader's familiarity with the procedural history of this case and explains only as much as is necessary to provide sufficient context and explanation of its resolution of the pending motion to enforce.

At the Court's request, the parties submitted briefs addressing the threshold question as to whether this Court is divested of jurisdiction to resolve the instant motion given that the preliminary injunction order is currently on appeal at the First Circuit. Neither party provided a definite answer to this question. This motion to enforce seems to fall into a space just adjacent to the circumstances in which the First Circuit has examined the district court's jurisdiction to decide follow-up motions related to preliminary injunctions when the merits of the injunction is on appeal. *See*

13

*Colon-Torres v. Negron-Fernandez*, 997 F.3d 63, 7475 (1st Cir. 2021); *Contour Design, Inc. v. Chance Mold Steel Co.*, 649 F.3d 31, 34 (1st Cir. 2011); *see also* Fed. R. Civ. P. 62(d). The parties, however, are in agreement that, in this case and under these circumstances, the Defendants' appeal has not divested this Court of jurisdiction to decide the question presented by this pending motion and a limited remand from the Circuit Court is not required. *See* ECF Nos. 58 at 11; 59 at 3-5. The Court agrees.

After careful consideration of the parties' arguments and exhibits attached to their written memoranda, the Court notes and concludes as follows:

Per the orders entered on March 13, March 23, and March 27, 2026, the Master CBA is in full force and effect for the remainder of the agreed-upon term provided within the contract. This Court is mindful of the partial stay that the First Circuit put in place after granting the Defendants' Motion to stay the March 27 order in part. *See Am. Fed'n of Gov't Emps. Loc. 2305 v. United States Dep't of Veterans Affs.*, 177 F.4th 1, 21 (1st Cir. 2026). The Court, to the extent that it understands the panel's reasoning behind the grant of the partial stay, has no intention of running afoul of their holding. In other words, the Court does not intend or interpret this Order as requiring any specific performance by the parties.

There is no doubt that the *agreed-upon term* provided within the Master CBA is explained, in plain and unambiguous detail, in the Duration of Agreement provision. *See* ECF Nos. 54-1 at 4; 58 at 8; 14-3 at 311. The Defendants' assertion that the Plaintiffs failed to comply with the 30-day clock to begin negotiations and that this purported failure is a lawful basis on which to terminate the agreement, is not well-taken. The exhibits each party provided in support of their positions on this motion are chock full of correspondence between the parties directly related to the Defendants' notice of intent to renegotiate the Master CBA (rather than allow it to auto-renew as is on August 8). *See* ECF Nos. 54-2; 58-2. The Duration of Agreement provision instructs that, once a notice of intent to renegotiate is communicated, "*negotiations* shall begin no later than 30 days after . . ." (emphasis added). The word *negotiations* is not qualified in any way.

The communications exchanged between the parties within the 30 days immediately following the Defendants' announcement of their intent to renegotiate were laser-focused on negotiations. These communications included the scope of the future CBA and the logistics for anticipated meetings to discuss when and how the scope and substance of the future CBA would be negotiated. For the Defendants' part, they combined an opening salvo to the future scope of a CBA with their notice

2

of intent to renegotiate.  *See* ECF No. 54-2 at 7.  On the Plaintiffs' side, their initial responses countered the Defendants' announcement that the renegotiated terms would exclude non-exempted employees.  They then engaged in a robust back-and-forth regarding the logistics for setting ground rules of the renegotiation.  *See id.* at 15, 18-19.  Neither party allowed the negotiations to languish, despite the apparent difficulty in reaching agreement as to the ground rules for the contract term-specific negotiations.

With the conditions of the Duration of Agreement satisfied, the Defendants' announcement of their intent to consider the Master CBA completely defunct as of August 8, 2026 is in direct contravention of this Court's order that the Master CBA would remain in effect for the duration of the *agreed-upon term* of the contract.  The parties are reminded that this Court's preliminary injunction order, as clarified by this Court and stayed in part by the Circuit, is in full force and effect pending the Circuit Court's resolution of the merits of Defendants' appeal.

The Plaintiffs' Motion to Enforce (ECF No. 54) is GRANTED.


IT IS SO ORDERED.


Melissa R. DuBose
United States District Judge


August 7, 2026

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

<table>
<tr><td>

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
NATIONAL VA COUNCIL; and

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES LOCAL
2305;

     Plaintiffs,

          *v.*

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS; and

DOUGLAS A. COLLINS, in his official
capacity as U.S. Secretary of Veterans
Affairs;

     Defendants.

</td><td>

Civil Action No.
25-CV-583-MRD-PAS

</td></tr>
</table>

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants, the U.S. Department of Veterans Affairs ("the VA") and Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs, appeal to the United States Court of Appeals for the First Circuit from the Order that the district court (DuBose, J.) entered in favor of the Plaintiffs' on August 7, 2026 (ECF No. 64), which modifies the preliminary injunction and preliminary order of relief that the district court entered in favor of the Plaintiffs on March 13, 2026 (ECF No. 30).

1

16

Dated: August 10, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
United States Attorney

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

/s/ *Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney

3

18