## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305;<br><br>      Plaintiffs,<br><br>          *v.*<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and<br><br>DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs;<br><br>      Defendants. | Civil Action No.<br>25-CV-583-MRD-PAS |

## <u>DEFENDANTS' AMENDED NOTICE OF APPEAL</u>

Notice is hereby given that Defendants, the U.S. Department of Veterans Affairs ("the VA") and Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs, appeal to the United States Court of Appeals for the First Circuit from:

1.     the Order that the district court (DuBose, J.) entered in favor of the Plaintiffs on August 7, 2026 (ECF No. 64) (the "August 7 Order"), which modifies and continues the term of the preliminary injunction and preliminary order of relief that the district court entered in favor of the Plaintiffs on March 13, 2026 (ECF No. 30); and

2.     the amended version of the August 7 Order, which the district court entered on August 11, 2026 (ECF No. 69).

*See* 28 U.S.C. 1292(a)(1) (granting federal appellate courts jurisdiction over appeals from district court orders that continue or modify an injunction).

After the First Circuit Court of Appeals docketed Defendants' appeal, the district court issued an amended version of the August 7 Order, which made a clerical correction: it clarified that the preliminary injunction itself had not been stayed in part by this Circuit. *See* Order, ECF No. 69. Defendants agree that the clerical correction was appropriate. However, the district court technically lacked the authority to make that correction under the applicable federal rule of civil procedure because the VA's appeal had already been docketed. Federal Rule of Civil Procedure 60(a) states that "after an appeal has been docketed in the appellate court," a district court may correct a clerical mistake in the order "only with the appellate court's leave." Here, the appellate court docketed the VA's appeal from the August 7 Order at 9:03 am, as shown by the following docket entry:

The following transaction was entered on 08/11/2026 at 9:03:00 AM Eastern Daylight Time and filed on 08/11/2026
**Case Name:**    American Federation of Gov't Employees Local 2305, et al v. United States Department of Veterans Affairs, et al
**Case Number:**    26-1904
**Document(s):**    Document(s)

**Docket Text:**
CIVIL CASE docketed. Notice of appeal (doc. #67) filed by Appellants Douglas A. Collins and United States Department of Veterans Affairs. Appearance form, Docketing Statement, and Transcript Report/Order form due **08/25/2026**. [26-1904] (DO)

Roughly half an hour after the VA's appeal was docketed (at 9:37 am and 9:38 am) respectively, the district court granted Plaintiffs' motion to make the clerical correction and issued an amended order. *See* Text Order dated August 11, 2026; Order, ECF No. 69. Because the appeal had already been docketed and the appellate court had not granted leave, the district court's amended order is arguably ineffective and its operative order remains the original August

7 Order. There should, therefore, be no need for Defendants to file this Amended Notice of Appeal.

However, out of an abundance of caution, and to avoid any unnecessary dispute over whether Defendants timely appealed from the operative order, Defendants file this Amended Notice of Appeal to explicitly state that they are appealing both (1) the original August 7 Order (ECF No. 64); and (2) the amended order (ECF No. 69).

Dated: August 11, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS; and
DOUGLAS A. COLLINS, in his
official capacity as U.S. Secretary of
Veterans Affairs,

By their attorneys,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
United States Attorney

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

4

## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

/s/ Andrea Hyatt
Andrea Hyatt
Assistant U.S. Attorney