**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305;

Plaintiffs,

*v.*

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and

DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs;

Defendants.

Civil Action No. 25-CV-583-MRD-PAS

District Judge Melissa R. DuBose

EXPEDITED RELIEF REQUESTED (LR Cv 9)

## DEFENDANTS' RENEWED EMERGENCY MOTION TO STAY PENDING APPEAL

Defendants United States Department of Veterans Affairs and Douglas A. Collins, in his official capacity as U.S. Secretary of Veterans Affairs, file this renewed motion pursuant to Federal Rule of Appellate Procedure 8(a)(1) for a stay pending appeal of the Court's original preliminary injunction, ECF No. 30, and the Court's August 7, 2026 Order modifying that injunction, ECF No. 64.[1] Defendants respectfully request expedited relief on this motion pursuant to Local Civil Rule 9 by Friday, August 21, 2026.

Defendants do not request oral argument on this motion.

[1] To the extent that the Court's first enforcement order, ECF No. 39, could somehow be read to prohibit the Master CBA from expiring, Defendants seek a stay of that Order as well.

Dated: August 17, 2026

Respectfully submitted,

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs,

By their attorneys,

Todd Blanche
*Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

*/s/ Andrea Hyatt*
By: Andrea Hyatt
*Assistant U.S. Attorney*
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov

Tyler J. Becker
(VA Bar No. 97636)
*Counsel to the Assistant Attorney General*
U.S. Department of Justice
Civil Division
Office of the Assistant Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-4052
Tyler.Becker@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant U.S. Attorney