**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL; and**<br><br>**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS;**<br><br>**DOUGLAS A. COLLINS, in his official capacity as U.S. Secretary of Veterans Affairs**<br><br>***Defendants.*** | **Case No. 1:25-cv-00583-MRD-PAS** |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR EXPEDITED BRIEFING**

Defendants have requested expedited relief "by Friday, August 21, 2026" for their "Renewed Emergency Motion to Stay Pending Appeal" the Court's preliminary injunction (Dkt. 30) and enforcement order (Dkt. 64). *See* Dkt. 74.

Plaintiffs should be afforded a fair opportunity to file a response. Filing a response will facilitate the orderly resolution of Defendants' motion and will aid appellate review of the Court's order resolving the motion. However, Defendants' proposed schedule would require Plaintiffs to file their response within three days of the filing of the motion. Such a schedule is unwarranted and unreasonable for at least the following reasons: *First*, Defendants cannot purport to raise an "emergency" that justifies requiring Plaintiffs to file a response to a 37-page motion in three days when Defendants waited 10 days after the Court issued its enforcement order to seek a stay and where their asserted harm is leaving in place the status quo envisioned by the preliminary injunction (and the First Circuit's order denying Defendants' prior motion to stay). *Second*, Defendants demanded, and took, a full week to file their response to Plaintiffs' motion to enforce. *See* Dkt. 54 (motion filed July 28, 2026); Dkt. 55 (seeking relief from Court-ordered briefing schedule); Dkt. 57 at 1-2 (Defendants' proposal that Defendants have one week to file opposition); 7/30/2026 Text Order (granting Defendants full week to prepare response); Dkt. 58 (response filed August 4, 2026). Plaintiffs should have the same amount of time in the interest of fairness.

Accordingly, Plaintiffs respectfully request the Court follow the same briefing schedule as for Plaintiffs' motion to enforce and order Plaintiffs to file their response by Monday, August 24, 2026. Plaintiffs take no position on any deadline for the filing of a reply brief. Plaintiffs request oral argument only to the extent that it would aid the decisional process.

Respectfully submitted,

LAW OFFICE OF CARLY B. IAFRATE, PC

Dated: August 18, 2026

By: */s/ Carly Beauvais Iafrate*

Carly Beauvais Iafrate, #6343
Law Office of Carly B. Iafrate, PC
408 Broadway, 1st Fl.
Providence, RI 02909
(401) 421-0065
ciafrate@verizon.net

Dated: August 18, 2026

By: */s/ Travis Silva*

Brook Dooley *(pro hac vice)*
Travis Silva *(pro hac vice)*
JiLon Li *(pro hac vice)*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
BDooley@keker.com
TSilva@keker.com
JLi@keker.com

*Attorneys for American Federation of Government Employees National VA Council and American Federation of Government Employees Local 2305*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Travis Silva*
Travis Silva